## IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

Anthony Trupia, AN INDIVIDUAL,
Plaintiff,
v.
City Of Oklahoma City, A MUNICIPAL CORPORATION; Oklahoma City Water Utilities Trust (ocwut ), A PUBLIC TRUST; Chris Browning, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS UTILITIES DIRECTOR AND GENERAL MANAGER OF OCWUT; James D Couch, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF OCWUT AND INDEPENDENT TRUSTEE; David Holt, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS MAYOR OF OKLAHOMA CITY AND OCWUT TRUSTEE; Mark Stonecipher, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS COUNCILMEMBER AND OCWUT VICE CHAIRMAN/SURROGATE TRUSTEE; Craig Freeman, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CITY MANAGER AND OCWUT TRUSTEE; Don E Noble, INDIVIDUALLY AND AS OWNER OF CIMARRON CONSTRUCTION COMPANY; Gary Matthews, INDIVIDUALLY AND AS OWNER OF MATTHEWS TRENCHING CO., INC.; Rick Thompson, INDIVIDUALLY AND AS OWNER OF WYNN CONSTRUCTION; Carollo Engineers, A Black & Veatch, A CORPORATION; Crossland Heavy Contractors, A CORPORATION; Archer Western Construction ( The Walsh Group), A CORPORATION; Wynn Construction, A CORPORATION; Cimarron Construction Company, A CORPORATION; Matthews Trenching Co., Inc, A CORPORATION; Krapff Reynolds Construction, A CORPORATION;
Defendant.

**No. CJ-2026-515**
**(Civil relief more than $10,000: OTHER <..DESCRIPTION OF ACTION..>)**

Filed: 01/21/2026
Closed: 08/10/2026

Judge: Dishman, C. Brent

## Parties

Archer Western Construction ( The Walsh Group) , Defendant
Black & Veatch , Defendant
Browning, Chris , Defendant
Cimarron Construction Company , Defendant
City Of Oklahoma City , Defendant
Couch, James D , Defendant
Crossland Heavy Contractors , Defendant
Engineers, Carollo , Defendant
Freeman, Craig , Defendant
Holt, David , Defendant
Krapff Reynolds Construction , Defendant
Matthews, Gary , Defendant
Matthews Trenching Co., Inc , Defendant
Noble, Don E , Defendant
Oklahoma City Water Utilities Trust (ocwut ) , Defendant
Stonecipher, Mark , Defendant
Thompson, Rick , Defendant
Trupia, Anthony , Plaintiff
Wynn Construction , Defendant

EXHIBIT
tabbies
2

## Attorneys

| Attorney | Represented Parties |
|---|---|
| Boutwell, E Brooke(Bar # 36524)<br>McAfee & Taft<br>Williams Center Tower II<br>2 West 2nd Street Suite 1100<br>Tulsa, OK 73103 | Noble, Don E |
| Brown, Cole B(Bar # 34619)<br>HAYES MAGRINI & GATEWOOD<br>1220 N WALKER AVE.<br>OKLAHOMA CITY, OK 73103 | Crossland Heavy Contractors, |
| COMBS, CHRISTOPHER T(Bar # 21632)<br>1220 NORTH WALKER AVE<br>OKC, OK 73103 | Crossland Heavy Contractors, |
| Elrod, Ethan D(Bar # 36105)<br>1220 N WALKER AVENUE<br>OKC, OK 73103 | Crossland Heavy Contractors, |
| Huckaby, Christian S.(Bar # 16131)<br>8TH FLOOR TWO LEADERSHIP SQUARE<br>211 NORTH ROBINSON<br>OKC, OK 73102 | Archer Western Construction ( The Walsh Group), |
| Puckett, Jennifer(Bar # 33521)<br>211 N ROBINSON AVENUE<br>OKLAHOMA CITY, OK 73102 | Archer Western Construction ( The Walsh Group), |

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|
| **Monday, August 10, 2026 at 13:30 PM**<br>SPECIAL APPEARANCE AND MOTION TO DISMISS OF DEFENDANT OKLAHOMA CITY WATER UTILITIES TRUST (PREV SET 8-24-26)(MOT) | | Don Andrews | |
| **Monday, August 10, 2026 at 13:30 PM**<br>DEFENDANT MARK STONECIPHER'S SPECIAL APPEARANCE AND MOTION TO DISMISS (PREV SET 8-24-26)(MOT) | | Don Andrews | |
| **Monday, August 10, 2026 at 13:30 PM**<br>DEFENDANT CHRIS BROWNING'S SPECIAL APPEARANCE AND MOTION TO DISMISS (PREV SET 8-24-26)(MOT) | | Don Andrews | |
| **Monday, August 10, 2026 at 13:30 PM**<br>DEFENDANT CRAIG FREEMAN'S SPECIAL APPEARANCE AND MOTION TO DISMISS (PREV SET 8-24-26)(MOT) | | Don Andrews | |
| **Monday, August 10, 2026 at 13:30 PM**<br>DEFENDANT DAVID HOLT'S SPECIAL APPEARANCE AND MOTION TO DISMISS (PREV SET 8-24-26)(MOT) | | Don Andrews | |
| **Monday, August 10, 2026 at 13:30 PM**<br>DEFENDANT JAMES COUCH'S SPECIAL APPEARANCE AND MOTION TO DISMISS (PREV SET 8-24-26)(MOT) | | Don Andrews | |
| **Monday, August 10, 2026 at 13:30 PM**<br>SPECIAL APPEARANCE AND MOTION TO DISMISS OF DEFENDANT COTY OF OKLAHOMA CITY (PREV SET 8-24-26)(MOT) | | Don Andrews | |
| **Monday, August 10, 2026 at 13:30 PM**<br>DEFENDANT KRAPFF-REYNOLDS CONSTRUCTION COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT & FIRST AMENDED COMPLAINT(PREV SET 8- | | Don Andrews | |

Case 5:26-cv-02422-R Document 1-2 Filed 09/09/26 Page 3 of 13

| | |
|---|---|
| 24-26)(MOT) | |
| **Monday, August 10, 2026 at 13:30 PM**<br>SPECIAL ENTRY OF APPEARANCE AND MOTION TO DISMISS OF DEFENDANT MATTHEWS TRENCHING CO., INC. (PREV SET 8-24-26)(MOT) | Don Andrews |
| **Monday, August 10, 2026 at 13:30 PM**<br>MOTION TO DISMISS(MOT) | Don Andrews |
| **Thursday, August 13, 2026 at 10:00 AM**<br>DEFENDANT ARCHER WESTERN CONSTRUCTION, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (MOT) | Don Andrews |

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

Issue: OTHER <..DESCRIPTION OF ACTION..> (OTHER)
Filed by: Trupia, Anthony
Filed Date: 01/21/2026

| Party Name: | Disposition Information: |
|---|---|
| Defendant: Browning, Chris | **Disposed: DISMISSED, 08/10/2026. Judge.** |
| Defendant: Couch, James D | **Disposed: DISMISSED, 08/10/2026. Judge.** |
| Defendant: Holt, David | **Disposed: DISMISSED, 08/10/2026. Judge.** |
| Defendant: Stonecipher, Mark | **Disposed: DISMISSED, 08/10/2026. Judge.** |
| Defendant: Freeman, Craig | **Disposed: DISMISSED, 08/10/2026. Judge.** |

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | User Name | | |
|---|---|---|---|---|---|---|---|---|
| 01-21-2026 | TEXT | 1 | | 129195112 | Jan 21 2026 10:55:40:660AM | OSCN\almabolden | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | | |
| 01-21-2026 | OTHER | - | | 129195114 | Jan 21 2026 10:55:40:760AM | OSCN\almabolden | Realized | $ 0.00 |
| | OTHER <..DESCRIPTION OF ACTION..> | | | | | | | |
| 01-21-2026 | DMFE | - | | 129195115 | Jan 21 2026 10:55:40:800AM | SYSTEM\Autodocket | Realized | $ 7.00 |
| | DISPUTE MEDIATION FEE($ 7.00) | | | | | | | |
| 01-21-2026 | PFE1 | - | | 129195116 | Jan 21 2026 10:55:40:800AM | SYSTEM\Autodocket | Realized | $ 163.00 |
| | PETITION($ 163.00) | | | | | | | |
| 01-21-2026 | PFE7 | - | | 129195117 | Jan 21 2026 10:55:40:800AM | SYSTEM\Autodocket | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | | | |
| 01-21-2026 | OCISR | - | | 129195118 | Jan 21 2026 10:55:40:800AM | SYSTEM\Autodocket | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01-21-2026 | OCJC | - | 129195120 | Jan 21 2026 10:55:40:800AM | SYSTEM\Autodocket | Realized | $ 1.55 |
| | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND($ 1.55) | | | | | | |
| 01-21-2026 | OCASA | - | 129195121 | Jan 21 2026 10:55:40:800AM | SYSTEM\Autodocket | Realized | $ 10.00 |
| | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES($ 10.00) | | | | | | |
| 01-21-2026 | SSFCHSCPC | - | 129195122 | Jan 21 2026 10:55:40:800AM | SYSTEM\Autodocket | Realized | $ 10.00 |
| | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER($ 10.00) | | | | | | |
| 01-21-2026 | CCADMINCSF | - | 129195123 | Jan 21 2026 10:55:40:800AM | SYSTEM\Autodocket | Realized | $ 1.00 |
| | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER($ 1.00) | | | | | | |
| 01-21-2026 | CCADMIN0155 | - | 129195124 | Jan 21 2026 10:55:40:800AM | SYSTEM\Autodocket | Realized | $ 0.16 |
| | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION($ 0.16) | | | | | | |
| 01-21-2026 | SJFIS | - | 129195125 | Jan 21 2026 10:55:40:800AM | SYSTEM\Autodocket | Realized | $ 0.45 |
| | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES($ 0.45) | | | | | | |
| 01-21-2026 | DCADMIN155 | - | 129195126 | Jan 21 2026 10:55:40:800AM | SYSTEM\Autodocket | Realized | $ 0.23 |
| | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS($ 0.23) | | | | | | |
| 01-21-2026 | DCADMINCSF | - | 129195127 | Jan 21 2026 10:55:40:800AM | SYSTEM\Autodocket | Realized | $ 1.50 |
| | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER($ 1.50) | | | | | | |
| 01-21-2026 | CCRMPF | - | 129195128 | Jan 21 2026 10:55:40:800AM | SYSTEM\Autodocket | Realized | $ 10.00 |
| | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE($ 10.00) | | | | | | |
| 01-21-2026 | DCADMIN10 | - | 129195129 | Jan 21 2026 10:55:40:800AM | SYSTEM\Autodocket | Realized | $ 1.50 |
| | DISTRICT COURT ADMIN FEE FOR $10 COLLECTION($ 1.50) | | | | | | |
| 01-21-2026 | CCADMIN10 | - | 129195130 | Jan 21 2026 10:55:40:800AM | SYSTEM\Autodocket | Realized | $ 1.00 |
| | COURT CLERK ADMIN FEE FOR $10 COLLECTION($ 1.00) | | | | | | |
| 01-21-2026 | TEXT | - | 129195131 | Jan 21 2026 10:56:21:913AM | OSCN\almabolden | Realized | $ 0.00 |
| | TEXT | | | | | | |
| 01-21-2026 | SMF | - | 129195132 | Jan 21 2026 10:56:05:723AM | OSCN\almabolden | Realized | $ 180.00 |
| | SUMMONS FEE (CLERKS FEE)X18($ 180.00) | | | | | | |
| 01-21-2026 | P | - | 129210232 | Jan 22 2026 8:11:46:453AM | OSCN\BrandiReap | - | $ 0.00 |
| | COMPLAINT | | | | | | |

Document Available (#1064319396)

---

01-21-2026 TEXT - 129195113 Jan 21 2026 10:55:40:703AM OSCN\almabolden - $ 0.00

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE ANDREWS, DON TO THIS CASE.

---

01-21-2026 ADJUST - 129195212 Jan 21 2026 10:56:51:450AM OSCN\almabolden Realized $ 10.46

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION($ 10.46)

---

01-21-2026 ACCOUNT - 129195213 Jan 21 2026 10:56:51:450AM OSCN\almabolden - $ 0.00

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:
CJ-2026-515: AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE -$0.25
CJ-2026-515: AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY -$0.25
CJ-2026-515: AC79 OCIS REVOLVING FUND -$0.63
CJ-2026-515: AC67 DISTRICT COURT REVOLVING FUND -$0.09
CJ-2026-515: AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS -$0.02
CJ-2026-515: AC64 DISPUTE MEDIATION FEES CIVIL ONLY -$0.18
CJ-2026-515: AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND -$0.04
CJ-2026-515: AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES -$0.25
CJ-2026-515: AC31 COURT CLERK REVOLVING FUND -$0.06
CJ-2026-515: AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL -$0.15
CJ-2026-515: AC01 CLERK FEES -$8.54

---

01-21-2026 ACCOUNT - 129195214 Jan 21 2026 10:56:51:833AM OSCN\almabolden - $ 0.00

RECEIPT # 2026-6005245 ON 01/21/2026.
PAYOR: TRUPIA/ANTHONY TOTAL AMOUNT PAID: $ 418.39.
LINE ITEMS:
CJ-2026-515: $334.46 ON AC01 CLERK FEES.
CJ-2026-515: $10.46 ON AC09 CARD ALLOCATIONS.
CJ-2026-515: $5.85 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2026-515: $2.10 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2026-515: $9.75 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2026-515: $1.51 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2026-515: $6.82 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2026-515: $0.43 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2026-515: $3.14 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2026-515: $24.37 ON AC79 OCIS REVOLVING FUND.
CJ-2026-515: $9.75 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2026-515: $9.75 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

---

03-03-2026 SMF - 129769757 Mar 3 2026 9:28:28:077AM OSCN\RachelValle Realized $ 10.00

SUMMONS FEE($ 10.00)

---

03-03-2026 ADJUST - 129769839 Mar 3 2026 9:28:57:110AM OSCN\RachelValle Realized $ 0.25

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION($ 0.25)

---

03-03-2026 ACCOUNT - 129769840 Mar 3 2026 9:28:57:110AM OSCN\RachelValle - $ 0.00

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:
CJ-2026-515: AC01 CLERK FEES -$0.25

03-03-2026 ACCOUNT - 129769842 Mar 3 2026 9:28:57:180AM OSCN\RachelValle - $ 0.00

RECEIPT # 2026-6033387 ON 03/03/2026.
PAYOR: TRUPIA/ANTHONY TOTAL AMOUNT PAID: $ 10.00.
LINE ITEMS:
CJ-2026-515: $9.75 ON AC01 CLERK FEES.
CJ-2026-515: $0.25 ON AC09 CARD ALLOCATIONS.

---

03-24-2026 SMF - 130077497 Mar 24 2026 11:05:04:147AM OSCN\JoeHawkins Realized $ 100.00

10 X SUMMONS FEE($ 100.00)

---

03-24-2026 MO - 130119220 Mar 26 2026 11:19:37:433AM OSCN\Cristen.Sutterfield - $ 0.00

MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
*Document Available (#1064918138)*

---

03-24-2026 EXHI - 130119259 Mar 26 2026 11:20:06:987AM OSCN\Cristen.Sutterfield - $ 0.00

EXHIBIT A: FIRST AMENDED COMPLAINT
*Document Available (#1064918142)*

---

03-24-2026 ADJUST - 130077511 Mar 24 2026 11:05:39:790AM OSCN\JoeHawkins Realized $ 2.50

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION($ 2.50)

---

03-24-2026 ACCOUNT - 130077512 Mar 24 2026 11:05:39:790AM OSCN\JoeHawkins - $ 0.00

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:
CJ-2026-515: AC01 CLERK FEES -$2.50

---

03-24-2026 ACCOUNT - 130077513 Mar 24 2026 11:05:39:877AM OSCN\JoeHawkins - $ 0.00

RECEIPT # 2026-6047626 ON 03/24/2026.
PAYOR: TRUPIA/ANTHONY TOTAL AMOUNT PAID: $ 100.00.
LINE ITEMS:
CJ-2026-515: $97.50 ON AC01 CLERK FEES.
CJ-2026-515: $2.50 ON AC09 CARD ALLOCATIONS.

---

03-25-2026 CNOTE - 130096859 Mar 25 2026 9:56:36:753AM OSCN\RaechelBible - $ 0.00

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT - SIGNED, IN OUTBOX

---

04-15-2026 EAA - 130416310 Apr 16 2026 11:17:16:090AM OSCN\BrandiReap - $ 0.00

ENTRY OF APPEARANCE - ATTORNEYS CHRISTIAN S. HUCKABY AND JENNIFER PUCKETT FOR DEFENDANT, ARCHER WESTERN CONSTRUCTION, LLC

*Document Available (#1065248372)*

---

04-15-2026 MO - 130447723 Apr 17 2026 3:45:05:230PM OSCN\Cristen.Sutterfield - $ 0.00

DEFENDANT ARCHER WESTERN CONSTRUCTION, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Document Available (#1065248368)

---

04-15-2026 SPAPP - 130460762 Apr 20 2026 11:45:28:687AM OSCN\Cristen.Sutterfield - $ 0.00

DEFENDANT MARK STONECIPHER'S SPECIAL APPEARANCE AND MOTION TO DISMISS AND BRIEF IN SUPPORT AND NOTICE OF HEARING

Document Available (#1065248398)

---

04-15-2026 SPAPP - 130460771 Apr 20 2026 11:46:24:207AM OSCN\Cristen.Sutterfield - $ 0.00

DEFENDANT CHRIS BROWNING'S SPECIAL APPEARANCE AND MOTION TO DISMISS AND BRIEF IN SUPPORT AND NOTICE OF HEARING

Document Available (#1065248402)

---

04-15-2026 SPAPP - 130460784 Apr 20 2026 11:47:14:713AM OSCN\Cristen.Sutterfield - $ 0.00

DEFENDANT CRAIG FREEMAN'S SPECIAL APPEARANCE AND MOTION TO DISMISS AND BRIEF IN SUPPORT AND NOTICE OF HEARING

Document Available (#1065248406)

---

04-15-2026 SPAPP - 130460823 Apr 20 2026 11:48:07:920AM OSCN\Cristen.Sutterfield - $ 0.00

DEFENDANT DAVID HOLT'S SPECIAL APPEARANCE AND MOTION TO DISMISS AND BRIEF IN SUPPORT AND NOTICE OF HEARING

Document Available (#1065248410)

---

04-15-2026 SPAPP - 130460885 Apr 20 2026 11:49:05:690AM OSCN\Cristen.Sutterfield - $ 0.00

SPECIAL APPEARANCE AND MOTION TO DISMISS OF DEFENDANT OKLAHOMA CITY WATER UTILITIES TRUST AND BRIEF IN SUPPORT AND NOTICE OF HEARING

Document Available (#1065248414)

---

04-15-2026 SPAPP - 130460908 Apr 20 2026 11:50:34:120AM OSCN\Cristen.Sutterfield - $ 0.00

SPECIAL APPEARANCE AND MOTION TO DISMISS OF DEFENDANT CITY OF OKLAHOMA CITY AND BRIEF IN SUPPORT AND NOTICE OF HEARING

Document Available (#1065248418)

---

04-15-2026 SPAPP - 130460918 Apr 20 2026 11:51:20:130AM OSCN\Cristen.Sutterfield - $ 0.00

DEFENDANT JAMES COUCH'S SPECIAL APPEARANCE AND MOTION TO DISMISS AND BRIEF IN SUPPORT AND NOTICE OF HEARING

Document Available (#1065248422)

---

04-15-2026 MO - 130407871 Apr 15 2026 4:43:02:187PM OSCN\eFiling - $ 0.00

SPECIAL ENTRY OF APPEARANCE AND MOTION TO DISMISS OF DEFENDANT MATTHEWS TRENCHING CO., INC.

Document Available (#1065309395)

---

04-15-2026 EAA - 130410318 Apr 16 2026 9:02:44:573AM OSCN\ElizabethWarne - $ 0.00

ENTRY OF APPEARANCE-CHRISTOPHER T COMBS, COLE B BRDWN AND ETHAN D ELROD

Document Available (#1065317731)

---

04-15-2026 A - 130407777 Apr 15 2026 OSCN\eFiling - $ 0.00

4:39:24:920PM

DEFENDANT, CROSSLAND HEAVY CONTRACTORS, INC.'S ANSWER
Document Available (#1065307786)

---

04-16-2026 EAA - 130431055 Apr 17 2026 9:12:04:103AM OSCN\Cristen.Sutterfield - $ 0.00

ENTRY OF APPEARANCE - ERIC L. COMBS AND MATTHEW J. BECKER AS ATTORNEYS FOR DEFENDANTS, WYNN CONSTRUCTION AND RICK THOMPSON
Document Available (#1065151931)

---

04-16-2026 SPAPP - 130468785 Apr 20 2026 3:51:24:737PM OSCN\Cristen.Sutterfield - $ 0.00

SPECIAL ENTRY OF APPEARANCE
Document Available (#1065245220)

---

04-16-2026 MO - 130475550 Apr 21 2026 9:47:04:613AM OSCN\Cristen.Sutterfield - $ 0.00

DEFENDANTS RICK THOMPSON AND WYNN CONSTRUCTION'S MOTION TO DISMISS
Document Available (#1065249085)

---

04-22-2026 MO - 130522367 Apr 23 2026 1:46:54:347PM OSCN\Cristen.Sutterfield - $ 0.00

DEFENDANT KRAPFF-REYNOLDS CONSTRUCTION COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT & FIRST AMENDED COMPLAINT
Document Available (#1065258055)

---

05-01-2026 MO - 130660345 May 4 2026 10:13:56:017AM OSCN\Cristen.Sutterfield - $ 0.00

PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS
Document Available (#1065383329)

---

05-01-2026 MO - 130671488 May 4 2026 3:51:50:840PM OSCN\Cristen.Sutterfield - $ 0.00

MOTION TO DISMISS
Document Available (#1065372309)

---

06-03-2026 O - 131075805 Jun 3 2026 8:35:24:220AM OSCN\RaechelBible - $ 0.00

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMLAINT - LEFT IN OUTBOX OVER 60 DAYS
Document Available (#1059429655)

---

06-22-2026 MO - 131340287 Jun 23 2026 2:19:35:883PM OSCN\Cristen.Sutterfield - $ 0.00

DEFENDANTS RICK THOMPSON AND WYNN CONSTRUCTION'S MOTION TO DISMISS "FIRST AMENDED COMPLAINT"
Document Available (#1065762650)

---

07-16-2026 SMF - 131756618 Jul 16 2026 3:22:43:280PM OSCN\RachelValle Realized $ 10.00

SUMMONS FEE($ 10.00)

---

07-16-2026 MO - 131768915 Jul 17 2026 11:11:54:457AM OSCN\Cristen.Sutterfield - $ 0.00

PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE UNDER 12 O.S. 2004(I)

AS TO DEFENDANTS CIMARRON CONSTRUCTION CO., LLC, DON E. NOBLE, AND GARY MATTHEWS, AND FOR A FINDING OF GOOD CAUSE
*Document Available (#1065629284)*

---

07-16-2026 MO - 131769003 Jul 17 2026 11:13:30:687AM OSCN\Cristen.Sutterfield - $ 0.00

PLAINTIFF'S MOTION TO HOLD PROCEEDINGS IN ABEYANCE PENDING THE CITY'S PRODUCTION OF REQUESTED PUBLIC RECORDS; OR, IN THE ALTERNATIVE, TO CONTINUE THE HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS AND FOR LEAVE TO FILE RESPONSES OUT OF TIME; AND NOTICE OF INTENT TO SEEK LEAVE TO FILE A SECOND AMENDED COMPLAINT
*Document Available (#1065629288)*

---

07-16-2026 SMS - 131790888 Jul 20 2026 11:19:53:213AM OSCN\GraysonThomas - $ 0.00

SUMMONS RETURNED, SERVED: CITY OF OKLAHOMA CITY, ET AL SERVED BY MAILING ON 6-27-2026
*Document Available (#1065629280)*

---

07-16-2026 ACCOUNT - 131756620 Jul 16 2026 3:23:05:300PM OSCN\RachelValle - $ 0.00

RECEIPT # 2026-6122689 ON 07/16/2026.
PAYOR: TRUPIA, ANTHONY TOTAL AMOUNT PAID: $ 10.00.
LINE ITEMS:
CJ-2026-515: $10.00 ON AC01 CLERK FEES.

---

07-23-2026 NO - 131904363 Jul 27 2026 1:38:11:773PM OSCN\Cristen.Sutterfield - $ 0.00

NOTICE OF CHANGE OF LAW FIRM AND ADDRESS
*Document Available (#1066230463)*

---

07-23-2026 NOH - 131871296 Jul 23 2026 4:48:02:857PM OSCN\eFiling - $ 0.00

NOTICE OF HEARING (BLACK & VEATCH CORPORATION'S MOTION TO DISMISS SET FOR 08/10/26 AT 1:30PM)
*Document Available (#1066247248)*

---

08-05-2026 MO - 132082477 Aug 7 2026 11:44:52:280AM OSCN\Cristen.Sutterfield - $ 0.00

PLAINTIFF'S MOTION TO CONTINUE THE AUGUST 10 AND AUGUST 13, 2026 HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS PENDING RESOLUTION OF PLAINTIFF'S MOTION FOR ABEYANCE; OR, IN THE ALTERNATIVE, TO SPECIALLY SET THAT MOTION FOR EXPEDITED HEARING; AND MOTION TO CONSIDER ON SHORTENED TIME
*Document Available (#1066311196)*

---

08-05-2026 MO - 132082524 Aug 7 2026 11:46:36:307AM OSCN\Cristen.Sutterfield - $ 0.00

PLAINTIFF'S EMERGENCY MOTION FOR AN ORDER PRESERVING BODY-WORN CAMERA FOOTAGE AND RELATED RECORDS OF THE JUNE 6, 2026 INCIDENT; AND MOTION TO CONSIDER ON SHORTENED TIME
*Document Available (#1066311118)*

---

08-07-2026 MO - 132082550 Aug 7 2026 11:52:08:083AM OSCN\SonyaPridemore - $ 0.00

DEFENDANTS DON NOBLE AND CIMARRON CONSTRUCTION CO.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
*Document Available (#1066394687)*

Case 5:26-cv-02422-R Document 1-2 Filed 09/09/26 Page 10 of 13

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08-07-2026 | EAA | - | 132082551 | Aug 7 2026 11:54:02:963AM | OSCN\SonyaPridemore | - | $ 0.00 |

ENTRY OF APPEARANCE BY ATTORNEY E. BROOKE BOUTWELL FOR DEFENDANT DON NOBLE

Document Available (#1066394688)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08-10-2026 | CTFREE | - | 132108072 | Aug 17 2026 8:56:54:497AM | OSCN\CameronEllis | - | $ 0.00 |

ANDREWS: PLAINTIFF APPEARS PRO SE. DEFENDANTS APPEAR THROUGH COUNSEL. THE COURT GRANTS PLAINTIFF 20 DAYS OF LEAVE TO AMEND AS TO OKLAHOMA CITY AND OKLAHOMA CITY WATER UTILITIES TRUST WITH 30 DAYS TO ANSWER. THE COURT GRANTS DISMISSAL OF DEFENDANTS CHRIS BROWNING, CRAIG FREEMAN, DAVID HOLT, JIM COUCH, MARK STONECIPHER, MATTHEW'S TRENCHING CO., INC., DRAPFF-REYNOLDS CONSTRUCTION CO., AND BLACK VEACH UNDER UNDER 2002 SEC 12B6. PRESERVATION OF RECORDS TO BE INCLUDED IN JOURNAL ENTRY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08-10-2026 | O | - | 132153821 | Aug 13 2026 9:15:06:067AM | OSCN\MirnaHernandez | - | $ 0.00 |

ORDER GRANTING MOTION TO DIMISS OF DEFENDANT MATTHEWS TRENCHING CO., INC

Document Available (#1066318497)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08-10-2026 | O | - | 132105463 | Aug 10 2026 3:28:58:190PM | OSCN\eFiling | - | $ 0.00 |

ORDER GRANTING DEFENDANTS CHRIS BROWNING, CRAIG FREEMAN, DAVID HOLT, JIM COUCH, AND MARK STONECIPHER'S MOTION TO DISMISS

Document Available (#1066410739)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08-13-2026 | CTFREE | - | 132152759 | Aug 13 2026 8:53:50:710AM | OSCN\CameronEllis | - | $ 0.00 |

ANDREWS: DEFENDANT ARCHER WESTERN CONSTRUCTION, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT SUSTAINED ON 8-10-26 IN COURT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08-13-2026 | CNOTE | - | 132168468 | Aug 13 2026 4:54:55:623PM | OSCN\CameronEllis | - | $ 0.00 |

ORDER DENYING CITY'S AND OCWUT'S MOTIONS TO DISMISS AND GRANTING PLAINTIFF LEAVE TO AMEND HIS PETITION - SIGNED, IN OUT BOX

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08-13-2026 | RESP | - | 132219595 | Aug 17 2026 3:16:00:197PM | OSCN\MirnaHernandez | - | $ 0.00 |

PLAINTIFF'S RESPONSE AND OBJECTION TO DEFENDANT DAVID HOLT'S SPECIAL APPEARANCE AND MOTION TO DISMISS,WITH BRIEF IN SUPPORT

Document Available (#1066314048)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08-13-2026 | RESP | - | 132219633 | Aug 17 2026 3:16:44:513PM | OSCN\MirnaHernandez | - | $ 0.00 |

PLAINTIFF'S RESPONSE AND OBJECTION TO DEFENDANT MARK STONECIPHER'S SPECIAL APPEARANCE AND MOTION TO DISMISS , WITH BRIEF IN SUPPORT

Document Available (#1066314052)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08-13-2026 | MO | - | 132219665 | Aug 17 2026 3:17:28:413PM | OSCN\MirnaHernandez | - | $ 0.00 |

PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE BRIEFS IN EXCESS OF THE PAGE LIMITATION OF LOCAL RULE 37(B)

Document Available (#1066314056)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08-13-2026 | RESP | - | 132219826 | Aug 17 2026 3:25:32:700PM | OSCN\MirnaHernandez | - | $ 0.00 |

PLAINTIFF'S COMBINED RESPONSE AND OBJECTION TO DEFENDANTS RICK THOMPSON AND WYNN CONSTRUCTION'S MOTIONS TO DISMISS ( APR. 16,2026 AND JUN. 22,2026) WITH BRIEF IN SUPPORT
*Document Available (#1066314060)*

---

08-13-2026 RESP - 132219839 Aug 17 2026 3:26:25:427PM OSCN\MirnaHernandez - $ 0.00

PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT KRAPFF-REYNOLDS CONSTRUCTION COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT & FIRST AMENDED COMPLAINT
*Document Available (#1066314064)*

---

08-13-2026 RESP - 132219874 Aug 17 2026 3:27:15:503PM OSCN\MirnaHernandez - $ 0.00

PLAINTIFF'S RESPONSE AND OBJECTION TO DEFENDANT CITY OF OKLAHOMA CITY'S SPECIAL APPEARANCE AND MOTION TO DISMISS WITH BRIEF IN SUPPORT
*Document Available (#1066314068)*

---

08-13-2026 RESP - 132219898 Aug 17 2026 3:27:55:650PM OSCN\MirnaHernandez - $ 0.00

PLAINTIFF'S RESPONSE IN OPPPOSITION TO BLACK & VEATCH CORPORATION'S MOTION TO DISMISS
*Document Available (#1066314072)*

---

08-13-2026 RESP - 132219938 Aug 17 2026 3:28:43:827PM OSCN\MirnaHernandez - $ 0.00

PLAINTIFF'S RESPONSE AND OBJECTION TO DEFENDANT CHRIS BROWNING'S SPECIAL APPEARANCE AND MOTION TO DISMISS , WITH BRIEF IN SUPPORT
*Document Available (#1066314076)*

---

08-13-2026 RESP - 132219953 Aug 17 2026 3:29:34:360PM OSCN\MirnaHernandez - $ 0.00

PLAINTIFF'S RESPONSE AND OBJECTION TO DEFENDANT JAMES D. COUCH'S SPECIAL APPEARANCE AND MOTION TO DISMISS WITH BRIEF IN SUPPORT
*Document Available (#1066314080)*

---

08-13-2026 RESP - 132219988 Aug 17 2026 3:30:33:247PM OSCN\MirnaHernandez - $ 0.00

PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT MATTHEWS TRENCHING CO., INC'S MOTION TO DISMISS, WITH BRIEF IN SUPPORT
*Document Available (#1066314084)*

---

08-13-2026 RESP - 132220000 Aug 17 2026 3:31:17:200PM OSCN\MirnaHernandez - $ 0.00

PLAINTIFF'S RESPONSE AND OBJECTION TO DEFENDANT OKLAHOMA CITY WATER UTILITIES TRUST'S SPECIAL APPEARANCE AND MOTION TO DISMISS, WITH BRIEF IN SUPPORT
*Document Available (#1066314088)*

---

08-13-2026 RESP - 132220121 Aug 17 2026 3:34:10:060PM OSCN\MirnaHernandez - $ 0.00

PLAINTIFF'S RESPONSE AND OBJECTION TO DEFENDANT ARCHER WESTER CONSTRUCTION LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT, WITH BRIEF IN SUPPORT
*Document Available (#1066314092)*

---

Aug 17 2026

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08-14-2026 | O | - | 132216742 | 2:09:20:180PM | OSCN\BrandiReap | - | $ 0.00 |

ORDER DENYING CITY'S AND OCWUT'S MOTIONS TO DISMISS AND GRANTING PLAINTIFF LEAVE TO AMEND HIS PETITION
Document Available (#1066316958)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08-24-2026 | CTFREE | - | 131756151 | Jul 16 2026 3:08:37:193PM | OSCN\CameronEllis | - | $ 0.00 |

ANDREWS: HEARINGS SET FOR 8-24-26 MOVED BY THE COURT TO 8-10-26 DUE TO SCHEDULING ERROR

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08-31-2026 | AM | - | 132457716 | Sep 1 2026 2:14:32:447PM | OSCN\Cristen.Sutterfield | - | $ 0.00 |

SECOND AMENDED COMPLAINT
Document Available (#1066350470)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09-02-2026 | TEXT | - | 132475416 | Sep 2 2026 2:22:31:713PM | OSCN\CameronEllis | - | $ 0.00 |

CASE TRANSFERRED TO JUDGE DISHMAN PURSUANT TO LOCAL RULE 6(A)(2)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09-02-2026 | TO | - | 132475439 | Sep 2 2026 2:23:57:320PM | OSCN\CameronEllis | - | $ 0.00 |

CIVIL DOCKET TRANSFER ORDER
Document Available (#1059429530)

## Balances

| Party | Costs Due | Costs Paid | Balance Due | Cash Bonds | Bond Forf. | Overpayments | Holding |
|---|---|---|---|---|---|---|---|
| Krapff Reynolds Construction | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Matthews Trenching Co., Inc | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Cimarron Construction Company | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Wynn Construction | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Archer Western Construction ( The Walsh Group) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Crossland Heavy Contractors | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Black & Veatch | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Engineers, Carollo | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Thompson, Rick | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Matthews, Gary | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Noble, Don E | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Freeman, Craig | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Stonecipher, Mark | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Holt, David | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Couch, James D | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Browning, Chris | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Oklahoma City Water Utilities Trust (ocwut ) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Trupia, Anthony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| City Of Oklahoma City | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Generic Party | $ 538.39 | $ 538.39 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Totals | $ 538.39 | $ 538.39 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Report Generated by The Oklahoma Court Information System at September 8, 2026 14:45 PM

End of Transmission.

CERTIFIED COPY
AS FILED OF RECORD
IN DISTRICT COURT

SEP 08 2026

RICK WARREN COURT CLERK
Oklahoma County