*1066318497*

DWD

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

ANTHONY TRUPIA,

Plaintiff,

v.

CITY OF OKLAHOMA CITY, a municipal corporation; OKLAHOMA CITY WATER UTILITIES TRUST (OCWUT), a public trust; CHRIS BROWNING, individually and in his official capacity as Utilities Director and General Manager of OCWUT; JAMES D. COUCH, individually and in his official capacity as Chairman of OCWUT and Independent Trustee; DAVID HOLT, individually and in his official capacity as Mayor of Oklahoma City and OCWUT Trustee; MARK STONECIPHER, individually and in his official capacity as Councilmember and OCWUT Vice Chairman/Surrogate Trustee; CRAIG FREEMAN, individually and in his official capacity as City Manager and OCWUT Trustee; DON E. NOBLE, individually and as Owner of CIMARRON CONSTRUCTION CO., LLC; GARY MATTHEWS, individually and as Owner of MATTHEWS TRENCHING CO., INC.; RICK THOMPSON, individually and as Owner of WINN CONSTRUCTION, INC.; CAROLLO ENGINEERS, INC.; BLACK & VEATCH CORPORATION; CROSSLAND HEAVY CONTRACTORS, INC.; ARCHER WESTERN CONSTRUCTION, LLC; WYNN CONSTRUCTION CO., INC.; CIMARRON CONSTRUCTION CO., LLC; MATTHEWS TRENCHING CO., INC.; KRAPFF-REYNOLDS CONSTRUCTION COMPANY,

Defendants.

Case No. CJ-2026-515
Judge Don Andrews

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

AUG 10 2026

RICK WARREN
COURT CLERK
36 ______

EXHIBIT
3

**ORDER GRANTING MOTION TO**
**DISMISS OF DEFENDANT MATTHEWS TRENCHING CO., INC.**

This matter comes before the Court this 10th day of August 2026 on Matthews Trenching Company's Motion to Dismiss. The court finds there has been no response filed by Plaintiff. The court therefore grants the motion and the case against Matthews Trenching Company, Inc. is hereby dismissed pursuant to Title 12 OS §2012(B)(6).

Dated this 10th day of August, 2026.

DON ANDREWS
JUDGE OF THE DISTRICT COURT

CERTIFIED COPY
AS FILED OF RECORD
IN DISTRICT COURT
SEP 08 2026
RICK WARREN COURT CLERK Oklahoma County

APPROVED AS TO FORM:

MAURICE G. WOODS, II OBA #16582
DON W. DANZ OBA #14607
MAURICE WOODS, II PLLC
4811 Gaillardia Parkway, Suite 100
Oklahoma City, OK 73142
Phone: (405) 628-0000
Facsimile: (405)628-0001
MW@mwoodslaw.com
don@mwoodslaw.com
***Attorneys for Defendant***
***Matthews Trenching Co., Inc.***

(I read this only)

Anthony Trupia
Pro Se
605 SE 21st St.,
Oklahoma City, OK 73129
516-984-0142, Trupiaar@gmail.com