**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

**FILED**
DISTRICT COURT
OKLAHOMA COUNTY, OKLAHOMA
August 10, 2026 2:29 PM
RICK WARREN, COURT CLERK
Case Number CJ-2026-515

ANTHONY TRUPIA, an individual, )
)
Plaintiff, )
)
v. ) Case No. CJ-2026-515
)
CITY OF OKLAHOMA CITY, )
A municipal corporation, et al., )
)
Defendants. )

**ORDER GRANTING DEFENDANTS CHRIS BROWNING, CRAIG FREEMAN, DAVID HOLT, JIM COUCH AND MARK STONECIPHER'S MOTION TO DISMISS**

NOW ON THE 10th day of August 2026, before this Honorable Court is Defendants Chris Browning, Craig Freeman, David Holt, Jim Couch and Mark Stonecipher's Motions to Dismiss. The Plaintiff Anthony Trupia appeared pro se. Defendants Chris Browning, Craig Freeman, David Holt, Jim Couch and Mark Stonecipher appeared by and through their attorneys of record, Sherri Katz and Katie Goff.

The Court, being fully advised of the facts herein, having reviewed the court file and the parties' briefs, and having heard arguments of counsel, finds that Defendants Browning, Freeman, Holt, Couch and Stonecipher's Motions to Dismiss are **GRANTED**.

**IT IS SO ORDERED.**

Entered this 10th day of August, 2026.

[signature]
THE HONORABLE DON ANDREWS
JUDGE OF THE DISTRICT COURT

CERTIFIED COPY
AS FILED OF RECORD
IN DISTRICT COURT
SEP 08 2026
RICK WARREN COURT CLERK Oklahoma County

EXHIBIT
tabbies
4

APPROVED AS TO FORM:

Sherri Katz

Sherri Katz, OBA No. 14551
Katie Goff, OBA No. 32402
Assistant Municipal Counselors
200 N. Walker, Suite 400
Oklahoma City, OK 73102
(405) 297-2451
Attorneys for Defendants
City and OCWUT

(I only Read This)

Anthony Trupia
605 SE 21st St.
Oklahoma City, OK 73129
*Pro Se Plaintiff*

Jennifer King, OBA No. 17547
2400 NE 4th St.
Oklahoma City, OK 73117
Attorneys for Defendant
Krapff-Reynolds

Kiran A. Phansalkar, OBA No. 11470
8th Floor, Two Leadership Square
211 N. Robinson Avenue
Oklahoma City, OK 73102
Attorneys for Defendant
Black & Veatch Corporation

Maurice Woods, OBA No. 16582
4811 Gaillardia Parkway,. Ste. 100
Oklahoma City, OK 73142
Attorneys for Defendant
Matthews Trenching