*1066316958*

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

AUG 14 2026

RICK WARREN
COURT CLERK
135

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| ANTHONY TRUPIA, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CJ-2026-515 |
| | ) | Andrews |
| CITY OF OKLAHOMA CITY, A municipal corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DENYING CITY'S AND OCWUT'S MOTIONS TO DISMISS AND GRANTING PLAINTIFF LEAVE TO AMEND HIS PETITION**

ON THE 10th day of August 2026, before this Honorable Court was Defendants City of Oklahoma City and Oklahoma City Water Utilities Trust's Motions to Dismiss. The Plaintiff Anthony Trupia appeared pro se. Defendants City of Oklahoma City and Oklahoma City Water Utilities Trust appeared by and through their attorneys of record, Sherri Katz and Katie Goff.

The Court, being fully advised of the facts herein, having reviewed the court file and the parties' briefs, and having heard arguments of counsel, finds that the Defendants City and OCWUT's Motions to Dismiss are **DENIED.**

Further, Plaintiff is granted leave to file an Amended Petition in twenty days from August 10, 2026. The City and OCWUT are granted thirty days from August 10, 2026 to file a Responsive pleading either to Plaintiff's currently controlling Petition or Plaintiff's "Second Amended Petition."



EXHIBIT
5

Further, at this hearing, the Counsel for the City represented to the Court that the City Clerk has received and directed City records custodians to preserve the documents requested in Plaintiff's June 11, 2026 "Open Records Act Request and Preservation Demand."

**IT IS SO ORDERED.**

Entered this 13th day of August, 2026.

THE HONORABLE DON ANDREWS
JUDGE OF THE DISTRICT COURT

APPROVED AS TO FORM:

Sherri Katz, OBA No. 14551
Katie Goff, OBA No. 32402
Assistant Municipal Counselors
200 N. Walker, Suite 400
Oklahoma City, OK 73102
(405) 297-2451
Attorneys for Defendants
City and OCWUT

CERTIFIED COPY
AS FILED OF RECORD
IN DISTRICT COURT
SEP 08 2026
RICK WARREN COURT CLERK Oklahoma County

Anthony Trupia
605 SE 21st St.
Oklahoma City, OK 73129
*Pro Se Plaintiff*

WOULD NOT AGREE TO ORDER.
MKG
8-13-26