*1065629280*

FILED IN DISTRICT COURT
OKLAHOMA COUNTY
JUL 16 2026
RICK WARREN
COURT CLERK
125

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

ANTHONY TRUPIA, Plaintiff,
v.
CITY OF OKLAHOMA CITY, a municipal corporation, et al., Defendants.
**Case No. CJ-2026-515** Judge Don Andrews

FILED IN DISTRICT COURT
OKLAHOMA COUNTY
JUL 16 2026
RICK WARREN
COURT CLERK
136

**PLAINTIFF'S RETURN OF SERVICE**

COMES NOW Plaintiff Anthony Trupia, pro se, and submits this Return of Service pursuant to 12 O.S. § 2004(G), and states:

1. I am the Plaintiff in this action and appear pro se. I personally mailed ~~each of~~ the summons and petition packages described below and have personal knowledge of the matters stated herein.

2. Title 12 O.S. § 2004(G)(3) provides that where service is by mail, the person mailing the summons and petition "shall endorse on the copy of the summons... the date and place of mailing and the date when service was receipted or service was rejected, and shall attach to the copy of the summons... a copy of the return receipt or returned envelope, if and when received, showing whether the mailing was accepted, refused or otherwise returned." The endorsements required by that subsection are set out below, and the corresponding return receipts and returned envelope are attached.

3. On the dates set forth below, I mailed a summons and a copy of the petition to each Defendant identified, by certified mail, return receipt requested, addressed to the registered agent and registered office designated by that Defendant in the records of the Oklahoma Secretary of State, or to the address designated for

tabbies
EXHIBIT
7

service by counsel for the City of Oklahoma City in her written correspondence of January 22, 2026.

4. True and correct copies of the United States Postal Service return receipts (PS Form 3811), the returned envelope, and the corresponding USPS tracking records are attached hereto as Exhibit 1 and incorporated by reference. Each mailing below was placed in the United States mail at Oklahoma City, Oklahoma.

**Service effected**

1. CITY OF OKLAHOMA CITY and OKLAHOMA CITY WATER UTILITIES TRUST — served upon the City Clerk, Amy Simpson, 200 North Walker, 2nd Floor, Oklahoma City, OK 73102, as required by 11 O.S. § 22-103 and as directed by counsel for the City. USPS Article No. 9589 0710 5270 2046 7617 75. Delivered March 27, 2026 at 12:57 p.m.
2. CHRIS BROWNING, JAMES D. COUCH, DAVID HOLT, MARK STONECIPHER, and CRAIG FREEMAN — served at the Office of the Municipal Counselor, 200 North Walker, 4th Floor, Oklahoma City, OK 73102, which office advised Plaintiff in writing on January 22, 2026 that it "has been authorized to accept service on behalf of the individual City and OCWUT defendants," specifically naming these five Defendants. USPS Article No. 9589 0710 5270 2046 7617 82. Delivered March 26, 2026 at 1:47 p.m.
3. CAROLLO ENGINEERS, INC. — served upon its registered agent of record, the Secretary of State, at the registered office of record, 421 NW 13th Street, Suite 210, Oklahoma City, OK 73103. USPS Article No. 9589 0710 5270 2046 7618 05. Delivered March 26, 2026 at 9:18 a.m.
4. BLACK & VEATCH CORPORATION — served upon its registered agent, The Corporation Company, 1833 S. Morgan Road, Oklahoma City, OK 73128. USPS Article No. 9589 0710 5270 2046 7618 12. Delivered March 27, 2026 at 10:15 a.m.
5. CROSSLAND HEAVY CONTRACTORS, INC. — served upon its registered agent, Corporation Service Company, 10300 Greenbriar Place, Oklahoma City, OK 73159. USPS Article No. 9589 0710 5270 2046 7618 29. Delivered March 26, 2026 at 10:50 a.m.
6. ARCHER WESTERN CONSTRUCTION, LLC — served upon its registered agent, Corporation Service Company, 10300 Greenbriar Place, Oklahoma City,

OK 73159. USPS Article No. 9589 0710 5270 2046 7618 36. Delivered March 26, 2026 at 10:50 a.m.

7. WYNN CONSTRUCTION CO., INC. and RICK THOMPSON — served at 11901 N. Eastern Avenue, Oklahoma City, OK 73131, the registered office of Wynn Construction Co., Inc., at which Rick Thompson is the designated registered agent. USPS Article No. 9589 0710 5270 2046 7618 43. Delivered March 26, 2026 at 11:36 a.m.

8. MATTHEWS TRENCHING CO., INC. — served upon its registered agent, c/o McAtee & Woods, P.C., 410 NW 13th Street, Oklahoma City, OK 73103. USPS Article No. 9589 0710 5270 2046 7618 67. Delivered March 26, 2026 at 9:49 a.m.

9. KRAPFF-REYNOLDS CONSTRUCTION COMPANY — served at 2400 NE 4th Street, Oklahoma City, OK 73117, its registered office of record. USPS Article No. 9589 0710 5270 2046 7618 74. Delivered March 26, 2026 at 9:12 a.m.

**Service disclosed but not relied upon**

10. GARY MATTHEWS — mailed to 919 S. Fairmont Avenue, Oklahoma City, OK 73129, the business office of Matthews Trenching Co., Inc., of which Mr. Matthews is the owner. USPS Article No. 9589 0710 5270 2046 7617 99. Delivered March 26, 2026 at 11:54 a.m. The return receipt was signed by Tracey King, an employee at that location. Because Ms. King is neither Mr. Matthews nor a person residing at his dwelling house or usual place of abode within the meaning of 12 O.S. § 2004(C)(2)(c), Plaintiff does not rely upon this service as to Mr. Matthews individually, and has re-served him by certified mail, restricted delivery, on July 16, 2026.

**Service attempted and returned undelivered**

11. CIMARRON CONSTRUCTION CO., LLC and DON E. NOBLE — mailed to 7409 NW 85th Street, Oklahoma City, OK 73132, the registered office and registered agent address designated by Cimarron Construction Co., LLC in the records of the Oklahoma Secretary of State, with Don E. Noble designated as its registered agent. USPS Article No. 9589 0710 5270 2046 7618 50. The item was NOT delivered. On April 21, 2026 the Postal Service returned it to Plaintiff, stating: "Your item was returned to the sender on April 21, 2026 at 11:50 am in OKLAHOMA CITY, OK 73129 because the forwarding order for this address is no longer valid." Neither Defendant has been served. Plaintiff re-mailed to Cimarron's principal place of business on July 16, 2026, and has filed a contemporaneous motion under 12 O.S. § 2004(I).

Respectfully submitted,

**Anthony Trupia, Plaintiff Pro Se**
605 SE 21st Street

Oklahoma City, OK 73129
516-984-0142 | Trupiaar@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on this 16th day of July, 2026, a true and correct copy of the foregoing was served by electronic mail upon all counsel of record.

Anthony Trupia

CERTIFIED COPY
AS FILED OF RECORD
IN DISTRICT COURT
SEP 08 2026
RICK WARREN COURT CLERK Oklahoma County