**IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

| | | |
|---|---|---|
| ANTHONY TRUPIA, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIV-2026-2422-R |
| v. | ) | |
| | ) | |
| CITY OF OKLAHOMA CITY, | ) | |
| A municipal corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

COMES NOW, Katie Goff, Assistant Municipal Counselor, and enters her appearance as attorney of record for Defendants City of Oklahoma City and Oklahoma City Water Utilities Trust (OCWUT) in the above-captioned case.

Respectfully submitted,

KENNETH D. JORDAN
MUNICIPAL COUNSELOR

/s/ Katie Goff
Katie Goff, OBA # 32402
Assistant Municipal Counselor
200 N. Walker Ave., 4th Floor
Oklahoma City, OK, 73102
405/297-2451
Katie.goff@okc.gov
Attorney for Defendants City and OCWUT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of September, 2026, I filed the foregoing Entry of Appearance with the Clerk of the Court and served the attached document by US Postal Service on the following who are not registered participants of the Electronic Case Filing. Otherwise, registered participants will receive automatic notice via ECF.

Anthony Trupia
605 SE 21st Street
Oklahoma City, OK 73129
Pro Se Plaintiff

/s/ Katie Goff
Assistant Municipal Counselor