# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANTHONY TRUPIA,<br>An individual<br><br>Plaintiff, | ) | |
| v. | ) | Case No. CIV-26-2422-R |
| CITY OF OKLAHOMA CITY,<br>A municipal corporation, et al.,<br><br>Defendant(s) | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendants, Rick Thompson and Wynn Construction Co., Inc..
(Plaintiff/Defendant) (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ *Eric L. Combs* 06/17/2026
Signature Date

Eric L. Combs, OBA #31024
Print Name

Lytle Soulé & Felty, P.C.
Firm

119 N. Robinson, 12th Floor
Address

Oklahoma City OK 73102
City State Zip Code

405-235-7472
Telephone

combs@lytlesoule.com
Internet E-mail Address

Criminal Cases Only:

- ☐ Retained or USA
- ☐ CJA Appointment
- ☐ Federal Public Defender
- ☐ Pro Bono
- ☐ CJA Training Panel

*Certificate of Service*

✔ I hereby certify that on September 21, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System. Further, a true and correct copy of the foregoing was mailed to:

Anthony Trupia
605 SE 21st Street
Oklahoma City, OK 73129
Pro Se Plaintiff

/s/*Eric L. Combs*