**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

ANTHONY TRUPIA

Plaintiff(s),

v.

CITY OF OKLAHOMA CITY, et al.

Defendant(s)

Case No. 26-CV-2422

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, Archer Western Construction, LLC.
(Plaintiff/Defendant) (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ /s/ Jennifer B. Puckett 9/21/2026
Signature Date

/s/ Jennifer B. Puckett
Print Name

McAfee & Taft A Professional Corporation
Firm

Eight Floor, Two Leadership Square, 211 N. Robinson Ave
Address

Oklahoma City, OK 73102
City State Zip Code

4052359621
Telephone

jennifer.puckett@mcafeetaft.com
Internet E-mail Address

Criminal Cases Only:

- ☐ Retained or USA
- ☐ CJA Appointment
- ☐ Federal Public Defender
- ☐ Pro Bono
- ☐ CJA Training Panel

*Certificate of Service*

☑ I hereby certify that on September 21, 2026, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on , I filed the attached document with the Clerk of the Court and served the attached document by

on the following, who are not registered participants of the ECF System:

s/ /s/ Jennifer B. Puckett

s/ Attorney Name