FILED IN DISTRICT COURT
OKLAHOMA COUNTY

SEP -4 2026

RICK WARREN
COURT CLERK
136

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

| | | |
|---|---|---|
| ANTHONY TRUPIA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. CJ-2026-515 |
| | ) | Judge Don Andrews |
| CITY OF OKLAHOMA CITY, et al, | ) | |
| Defendants. | ) | |

**JOINT MOTION TO SETTLE**
**ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS.**

Defendants Don Noble, individually and as the owner of Cimarron Construction, Archer Western Construction, Rich Thompson and Wyn Construction Co., Inc., Black & Veatch Corporation, and Krapff-Reynolds Construction (collectively "Defendants") request the Court enter the Order attached hereto as Exhibit 1 reflecting the Court's Order granting their Motions to Dismiss. In support of this Motion to Settle, Defendants show the Court as follows:

1. Plaintiff Anthony Trupia filed the Petition initiating this matter on January 21, 2026.

2. Defendant Archer Western Construction filed a Motion to Dismiss the claims against it on April 15, 2026.

3. Defendant Rick Thompson and Wynn Construction Co., Inc. filed a Motion to Dismiss the claims against it on April 16, 2026.

4. Defendant Black & Veatch Corporation filed a Motion to Dismiss the claims against it on May 1, 2026.

5. Defendant Krapff-Reynolds Construction filed a Motion to Dismiss the claims against it on April 22, 2026.

6. Defendant Don Noble, individually, and as the owner of Cimarron Construction Co. filed a Motion to Dismiss the claims against it on August 7, 2026.

7. The Motions to Dismiss came before the Court for hearing on August 10, 2026.

8. The Court granted the Defendants' Motions to Dismiss and directed Defendants to prepare a journal entry reflecting the same. The Court also advised Plaintiff that he should review and sign the Order, but could sign the Order as to form only, preserving any disagreement with the substantive ruling.

9. Defendants prepared an Order memorializing the Court's Order. All Defendants signed the Order.

10. The Order was sent to Plaintiff via E-mail and U.S. Mail with a self-addressed stamped return envelope on August 17, 2026.

11. Plaintiff has not responded to any of the attempts to contact him regarding the proposed Order via E-mail or U.S. mail.

12. Flouting the Court's dismissals, Plaintiff filed responses to Defendants' Motions to Dismiss even though the Motions *had already been granted* and also filed a Second Amended Petition.

13. Plaintiff's refusal to sign the proposed Order and violation of basic procedural rules are imposing undue expense and burden on the Defendants, including in the preparation and filing of this Motion.

Accordingly, Defendants request the Court enter the Order attached hereto as Exhibit 1 and grant any further relief as the Court deems to be proper.

Respectfully submitted,

E. Brooke Boutwell, OBA #36524
BASS LAW, P.C.
252 NW 70th Street
Oklahoma City, Oklahoma 73116
Telephone: (405) 262-4040
Facsimile: (405) 262-4058
brooke@basslaw.net
*Attorney for Don Noble and Cimarron Construction*

Christian S. Huckaby, OBA #16131
Jennifer B. Puckett, OBA #33521
McAfee & Taft, A Professional Corporation
Eighth Floor, Two Leadership
211 N. Robinson Ave.
Oklahoma City, OK 73102
(405) 235-9621
(405) 235-0439
Chris.huckaby@mcafeetaft.com
Jennifer.puckett@mcafeetaft.com
*Attorneys for Archer Western Construction*

Eric L. Combs, OBA #31024
Matthew J. Becker, OBA #35057
119 N. Robinson Ave., Suite 1200
Oklahoma City, OK 73102
(405) 235-7471
(405) 232-3851
combs@lytlesoule.com
becker@lytlesoule.com
*Attorneys for Rick Thompson and Wynn Construction Co., Inc.*

Jennifer M. King, OBA #17547
2400 NE 4th Street
Oklahoma City, OK 73117
(405) 733-9682
jennifermking@krapff-reynolds.com
*Attorney for Krapff-Reynolds Construction*

Respectfully submitted,

______________________________
E. Brooke Boutwell, OBA #36524
BASS LAW, P.C.
252 NW 70th Street
Oklahoma City, Oklahoma 73116
Telephone: (405) 262-4040
Facsimile: (405) 262-4058
brooke@basslaw.net
*Attorney for Don Noble and Cimarron Construction*

______________________________
Christian S. Huckaby, OBA #16131
Jennifer B. Puckett, OBA #33521
McAfee & Taft, A Professional Corporation
Eighth Floor, Two Leadership
211 N. Robinson Ave.
Oklahoma City, OK 73102
(405) 235-9621
(405) 235-0439
Chris.huckaby@mcafeetaft.com
Jennifer.puckett@mcafeetaft.com
*Attorneys for Archer Western Construction*

______________________________
Eric L. Combs, OBA #31024
Matthew J. Becker, OBA #35057
119 N. Robinson Ave., Suite 1200
Oklahoma City, OK 73102
(405) 235-7471
(405) 232-3851
combs@lytlesoule.com
becker@lytlesoule.com
*Attorneys for Rick Thompson and Wynn Construction Co., Inc.*

______________________________
Jennifer M. King, OBA #17547
2400 NE 4th Street
Oklahoma City, OK 73117
(405) 733-9682
jennifermking@krapff-reynolds.com
*Attorney for Krapff-Reynolds Construction*

Kiran A. Phansalkar, OBA #11470
Preston M. Sullivan, OBA #33619
Elizabeth H. Attaway, OBA #35539
McAfee & Taft, A Professional Corporation
Eighth Floor, Two Leadership
211 N. Robinson Ave.
Oklahoma City, OK 73102
(405) 235-9621
Email: kiran.phansalkar@mcafeetaft.com
preston.sullivan@mcafeetaft.com
beth.attaway@mcafeetaft.com
*Attorneys for Defendant*
*Black & Veatch Corporation*

**CERTIFICATE OF SERVICE**

This is to certify that on the 2nd day of September 2026, a true and correct copy of the above and foregoing was mailed to the following address:

Anthony Trupia
605 SE 21st St.
Oklahoma City, Oklahoma 73129
516-984-0142
trupiaar@gmail.com

______________________________

Kiran A. Phansalkar, OBA #11470
Preston M. Sullivan, OBA #33619
Elizabeth H. Attaway, OBA #35539
McAfee & Taft, A Professional Corporation
Eighth Floor, Two Leadership
211 N. Robinson Ave.
Oklahoma City, OK 73102
(405) 235-9621
Email: kiran.phansalkar@mcafeetaft.com
preston.sullivan@mcafeetaft.com
beth.attaway@mcafeetaft.com
*Attorneys for Defendant*
*Black & Veatch Corporation*

## CERTIFICATE OF SERVICE

This is to certify that on the ~~2nd~~ 4th day of September 2026, a true and correct copy of the above and foregoing was mailed to the following address:

Anthony Trupia
605 SE 21st St.
Oklahoma City, Oklahoma 73129
516-984-0142
trupiaar@gmail.com