**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

ANTHONY TRUPIA, an individual,

Plaintiff,

v.

CITY OF OKLAHOMA CITY; OKLAHOMA CITY WATER UTILITIES TRUST (OCWUT), a public trust; CHRIS BROWNING, individually and in his official capacity as Utilities Director and General Manager of OCWUT; JAMES D. COUCH, individually and in his official capacity as Chairman of OCWUT and Independent Trustee; DAVID HOLT, individually and in his official capacity as Mayor of Oklahoma City and OCWUT Trustee; MARK STONECIPHER, individually and in his official capacity as Councilmember and OCWUT Vice Chairman/Surrogate Trustee; CRAIG FREEMAN, individually and in his official capacity as City Manager and OCWUT Trustee; DON E. NOBLE, individually and as Owner of Cimarron Construction Co., LLC; GARY MATTHEWS, individually and as owner of Matthews Trenching; RICK THOMPSON, individually and as owner of Wynn Construction Co., Inc.; CAROLLO ENGINEERS, INC.; BLACK & VEATCH CORPORATION; CROSSLAND HEAVY CONTRACTORS, INC.; ARCHER WESTERN CONSTRUCTION CO., INC.; WYNN CONSTRUCTION CO., INC.; CIMARRON CONSTRUCTION CO., LLC; MATTHEWS TRENCHING CO., INC.; KRAPFF-REYNOLDS CONSTRUCTION COMPANY; and JOHN DOE OKLAHOMA CITY POLICE OFFICERS 1 THROUGH 4, individually and in their official capacities,

Defendants.

Case No.: CIV-2026-2422-R

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I, Preston M. Sullivan, enter my appearance as counsel in this case for Defendant Black & Veatch Corporation. I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

*/s/ Preston M. Sullivan*

Preston M. Sullivan, OBA #33619
MCAFEE & TAFT A PROFESSIONAL CORP.
Two Leadership Square, Eighth Floor
211 North Robinson Ave.
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Facsimile: (405) 25-0439
Preston.sullivan@mcafeetaft.com
***Attorney for Defendant Black & Veatch Corporation***

**CERTIFICATE OF SERVICE**

I hereby certify that on Monday, September 21, 2026, I filed the foregoing Motion to Dismiss with the Clerk of the Court and served the attached document by U.S. Mail, postage prepaid on the following who are not registered participants of the Electronic Case Filing system. Otherwise, registered participants will receive automatic notice via ECF.

Anthony Trupia
605 SE 21st Street
Oklahoma City, OK 73129
Telephone: (516) 984-0142
Email: trupiaar@gmail.com
***Pro Se Plaintiff***

*/s/ Preston M. Sullivan*
Preston M. Sullivan