FILED
SEP 2 1 2026
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY ________, DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

ANTHONY TRUPIA,

Plaintiff,

v.

CITY OF OKLAHOMA CITY, et al.,

Defendants.

Case No. CIV-26-2422-R

(Removed from the District Court of Oklahoma County, Oklahoma, Case No. CJ-2026-515)

**PLAINTIFF'S MOTION FOR LEAVE TO PARTICIPATE IN ELECTRONIC CASE FILING AND BRIEF IN SUPPORT**

Plaintiff Anthony Trupia, appearing pro se, respectfully moves the Court for an order permitting him to register for the Court's CM/ECF system and to file documents and receive service electronically in this action, and files this motion and brief in support as one document under LCvR7.1(k).

## I. GROUNDS

**1. The rule requires only a court order.** Federal Rule of Civil Procedure 5(d)(3)(B) provides that "[a] person not represented by an attorney . . . may file electronically only if allowed by court order or by local rule." Fed. R. Civ. P. 5(d)(3)(B)(i). Electronic filing is otherwise the norm in this District: "Electronic case filing is mandatory except as specifically exempted in the ECF Policy Manual." LCvR5.1. Plaintiff asks the Court to enter the order the rule contemplates.

**2. Electronic access places the parties on equal footing.** Every appearing defendant files electronically and receives notice of every docket event the moment it happens. Plaintiff, by contrast, is served by U.S. mail: the certificates of service on the

defendants' recent filings recite mail service on Plaintiff as a non-registered participant. (Doc. 3 at 2; Doc. 4 at 13; Doc. 5 at 9; Doc. 6 at 6.) In a freshly removed case that runs on short windows — seven days for responsive pleadings under Rule 81(c)(2)(C), twenty-one days for response briefs under LCvR7.1(g) — mail transit consumes a meaningful part of every deadline Plaintiff must meet, while costing the defendants nothing. Electronic filing and service would eliminate that asymmetry at no burden to the Court or any party.

**3. Plaintiff is equipped and undertakes to comply.** Plaintiff already maintains a PACER account in his own name and monitors the docket of this case through it. He maintains a reliable computer, internet access, an email account of record (Trupiaar@gmail.com), and the ability to generate and upload text-searchable PDF documents. Plaintiff undertakes to complete any registration or training the Clerk requires, to comply with the Court's ECF Policies and Procedures Manual in every filing, and, upon registration, consents to service through the Court's electronic-filing system in accordance with Rule 5(b)(2)(E).

## II. RELIEF REQUESTED

Plaintiff respectfully requests that the Court enter an order (1) authorizing Plaintiff to register as a participant in the Court's CM/ECF system in this action, and (2) directing that, upon registration, Plaintiff may file electronically and shall be served through the Court's electronic-filing system. A proposed order accompanies this motion.

Respectfully submitted,

Anthony Trupia, Plaintiff Pro Se
605 SE 21st Street
Oklahoma City, OK 73129
516-984-0142
Trupiaar@gmail.com
Dated: September 21, 2026

**CERTIFICATE OF SERVICE**

I certify that on this 21st day of September, 2026, a true and correct copy of the foregoing was served by electronic mail, upon all counsel of record: Sherri R. Katz and Katie Goff (City of Oklahoma City, OCWUT, Chris Browning, David Holt, James D. Couch, Mark Stonecipher, and Craig Freeman); Christopher T. Combs, Cole B. Brown, and Ethan Elrod (Crossland Heavy Contractors, Inc.); E. Brooke Boutwell (Don Noble and Cimarron Construction Co., LLC); Eric L. Combs and Matthew J. Becker (Wynn Construction Co., Inc. and Rick Thompson); Maurice G. Woods, II, Don W. Danz, and Deborah Russell (Gary Matthews and Matthews Trenching Co., Inc.); Christian S. Huckaby and Jennifer B. Puckett (Archer Western Construction, LLC); Jennifer M. King (Krapff-Reynolds Construction Company); Kiran A. Phansalkar, Preston M. Sullivan, and Elizabeth H. Attaway (Black & Veatch Corporation.

Anthony Trupia