**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ANTHONY TRUPIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2422-R** |
| | ) | |
| **CITY OF OKLAHOMA CITY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Before the Court is Plaintiff's Motion For Leave to Participate in Electronic Case Filing [Doc. No. 14].

The Federal Rules of Civil Procedure provide that "[a] person not represented by an attorney may file electronically only if allowed by court order or by local rule[.]" Fed.R.Civ.P. 5(d)(3)(B)(i). Under the Local Rules, "[p]apers filed by electronic means shall be governed by the court's Electronic Case Filing Policies and Procedures Manual (ECF Policy Manual) and orders of the court." LCvR 5.1. Pursuant to the ECF Policy Manual, litigants proceeding pro se (without attorney representation) may not file electronically. ECF Policies & Procedures Manual, § I.A.1.

At this time, the Court does not find good cause to depart from the ECF Policy Manual's prohibition on electronic filing by pro se litigants. Plaintiff's Motion is therefore DENIED without prejudice.

IT IS SO ORDERED this 24th day of September, 2026.

David L. Russell

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**