**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ANTHONY TRUPIA, an individual,<br>Plaintiff,<br>v.<br>CITY OF OKLAHOMA CITY, *et al*,<br>Defendants. | Case No.: CIV-2026-2422-R |

**NOTICE OF PENDING MOTION**
**AND REQUEST FOR ORDER**

Pursuant to Local Rule 81.2(b) Defendants Don Noble, individually and as the owner of Cimarron Construction, Archer Western Construction, Rick Thompson and Wyn Construction Co., Inc., Black & Veatch Corporation, and Krapff-Reynolds Construction (collectively, "Defendants") notify this Court of the pending motion filed in the Oklahoma County District Court prior to the Defendant City of Oklahoma City ("OKC") removing this case to this Court: *Defendants' Joint Motion to Settle Order Granting Defendants' Motions to Dismiss* (the "Motion") attached hereto as **Exhibit 1**.

The Motion was filed on September 4, 2026 with a copy of the Motion being provided to Plaintiff via mail. The Plaintiff has failed to respond to the Motion and such time for responding has passed. Accordingly, the Defendants request that this Court enter an Order granting the Motion and dismissing Plaintiff's claims against the Defendants with prejudice.

Respectfully submitted,

*/s/ Preston M. Sullivan*
Kiran A. Phansalkar, OBA #11470
Preston M. Sullivan, OBA #33619
Elizabeth H. Attaway, OBA #35539
McAfee & Taft, A Professional Corporation
Eighth Floor, Two Leadership
211 N. Robinson Ave.
Oklahoma City, OK 73102
(405) 235-9621
Email: kiran.phansalkar@mcafeetaft.com
preston.sullivan@mcafeetaft.com
beth.attaway@mcafeetaft.com
*Attorneys for Defendant*
*Black & Veatch Corporation*

*/s/ E. Brooke Boutwell*
E. Brooke Boutwell, OBA #36524
BASS LAW, P.C.
252 NW 70th Street
Oklahoma City, Oklahoma 73116
Telephone: (405) 262-4040
Facsimile: (405) 262-4058
brooke@basslaw.net
*Attorney for Don Noble and Cimarron Construction*

*/s/ Jennifer Puckett*
Christian S. Huckaby, OBA #16131
Jennifer B. Puckett, OBA #33521
McAfee & Taft, A Professional Corporation
Eighth Floor, Two Leadership
211 N. Robinson Ave.
Oklahoma City, OK 73102
(405) 235-9621
(405) 235-0439
Chris.huckaby@mcafeetaft.com
Jennifer.puckett@mcafeetaft.com
*Attorneys for Archer Western Construction*

*/s/ Matthew Becker*
Eric L. Combs, OBA #31024
Matthew J. Becker, OBA #35057
119 N. Robinson Ave., Suite 1200
Oklahoma City, OK 73102
(405) 235-7471
(405) 232-3851
combs@lytlesoule.com
becker@lytlesoule.com
*Attorneys for Rick Thompson and Wynn Construction Co., Inc.*

*/s/ Jennifer King*
Jennifer M. King, OBA #17547
2400 NE 4th Street
Oklahoma City, OK 73117
(405) 733-9682
jennifermking@krapff-reynolds.com
*Attorney for Krapff-Reynolds Construction*