**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ANTHONY TRUPIA, an individual,<br>Plaintiff,<br>v.<br>CITY OF OKLAHOMA CITY, *et al*,<br>Defendants. | Case No.: CIV-2026-2422-R |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Archer Western Construction, LLC is wholly owned by Walsh Construction Group, LLC; Matthew M. And Margaret B. Walsh Trust for the Benefit of the Matthew M., Jr., and Joyce S. Walsh Family; and Matthew M. And Margaret B. Walsh Trust for the Benefit of the Daniel J. And Patricia R. Walsh Family. There is no publicly held corporation owning 10% or more of Archer Western Construction, LLC.

Respectfully submitted,

*/s/ Jennifer B. Puckett*

Christian S. Huckaby, OBA #16131
Jennifer B. Puckett, OBA #33521
MCAFEE & TAFT A PROFESSIONAL CORPORATION
Eighth Floor, Two Leadership Square
211 N. Robinson Avenue
Oklahoma City, OK 73102
(405)235-9621
(405)235-0439
chris.huckaby@mcafeetaft.com

jennifer.puckett@mcafeetaft.com

***Attorney for Defendant Archer Western Construction, LLC***

**CERTIFICATE OF SERVICE**

This is to certify that on October 2, 2026, a true and correct copy of the foregoing document served via *ECF*, and was mailed via U.S. Mail to the following addresses:

Anthony Trupia
605 SE 21st Street
Oklahoma City, OK 73129
Trupiaar@gmail.com
***Plaintiff***

*/s/ Jennifer B. Puckett*