**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ANTHONY TRUPIA, an individual,<br>Plaintiff,<br>v.<br>CITY OF OKLAHOMA CITY, *et al*,<br>Defendants. | Case No.: CIV-2026-2422-R |

**DEFENDANT ARCHER WESTERN CONSTRUCTION, LLC'S CONSENT TO REMOVAL**

Defendant Archer Western Construction, LLC ("Archer Western") states that Defendants The City of Oklahoma City and the Oklahoma Water Utilities Trust correctly recited that Archer Western did not object to removal of this action from the District Court of Oklahoma County, State of Oklahoma, to the United States District Court for the Western District of Oklahoma. [Doc. No. 1, p. 6]. In addition, Archer Western submits this formal notification of consent for removal.

Respectfully submitted,

*/s/ Jennifer B. Puckett*

Christian S. Huckaby, OBA #16131
Jennifer B. Puckett, OBA #33521
MCAFEE & TAFT A PROFESSIONAL CORPORATION
Eighth Floor, Two Leadership Square
211 N. Robinson Avenue
Oklahoma City, OK 73102
(405)235-9621
(405)235-0439
chris.huckaby@mcafeetaft.com
jennifer.puckett@mcafeetaft.com
***Attorney for Defendant Archer Western Construction, LLC***

**CERTIFICATE OF SERVICE**

This is to certify that on October 2, 2026, a true and correct copy of the foregoing document served via *ECF*, and was mailed via U.S. Mail to the following addresses:

Anthony Trupia
605 SE 21st Street
Oklahoma City, OK 73129
Trupiaar@gmail.com
***Plaintiff***

*/s/ Jennifer B. Puckett*