IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

Plaintiff,

v.

CITY OF OKLAHOMA CITY, *et al.*,

Defendants.

Case No. CIV-2026-2422-R

**ENTRY OF APPEARANCE**

COMES NOW Christian S. Huckaby of the firm McAfee & Taft A Professional Corporation and enters their appearance on behalf of Archer Western Construction, LLC.

Respectfully submitted,

*/s/ Christian S. Huckaby*

Christian S. Huckaby, OBA #16131
MCAFEE & TAFT A PROFESSIONAL CORPORATION
Eighth Floor, Two Leadership Square
211 N. Robinson Avenue
Oklahoma City, OK 73102
(405)235-9621
(405)235-0439
chris.huckaby@mcafeetaft.com

***Attorney for Defendant Archer Western Construction, LLC***

## CERTIFICATE OF SERVICE

This is to certify that on October 5, 2026, a true and correct copy of the foregoing document was mailed U.S. Mail to the following addresses:

Anthony Trupia
605 SE 21st Street
Oklahoma City, OK 73129
Trupiaar@gmail.com
***Plaintiff***

*/s/ Christian S. Huckaby*