# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA

Plaintiff(s)

vs. Case Number: CIV-2026-2422-R

CITY OF OKLAHOMA CITY, et al.,

Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Black & Veatch Corporation

[name of party]

who is a (check one) ☐ PLAINTIFF ☑ DEFENDANT in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one) ☐ YES ☑ NO

2. **Does party have any parent corporations?**

   (Check one) ☑ YES ☐ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

   BVH, Inc.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one) ☐ YES ☑ NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

(Check one) ☐ YES ☑ NO

If YES, identify entity and nature of interest:

5. **Is party a trade association?**

(Check one) ☐ YES ☑ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 6th day of October , 2026.


S/Preston M. Sullivan
Signature

Preston M. Sullivan 33619
Printed Name Bar Number

McAfee & Taft A Professional Corporation
Firm Name

8th Floor, Two Leadership Square, 211 N. Robinson Ave
Address

Oklahoma City OK 73102
City State ZIP

405-235-9621 405-235-0439
Phone Fax

preston.sullivan@mcafeetaft.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2026 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Christopher T Combs, Cole Bradford Brown, Don W Danz, Emily Brooke Boutwell, Eric L Combs, Ethan D Elrod, Jennifer B Puckett, Mary K Goff, Matthew J Becker

I hereby certify that on October 6, 2026 (Date), I served the same document by

- [x] U.S. Postal Service
- [ ] In Person Delivery
- [ ] Courier Service
- [x] E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es): Anthony Trupia
605 SE 21st Street
Oklahoma City, OK 73129
trupiaar@gmail.com

S/Preston M. Sullivan
Signature