**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ANTHONY TRUPIA, an individual,<br>Plaintiff,<br>v.<br>CITY OF OKLAHOMA CITY, et al.,<br>Defendants. | Case No.: CIV-2026-2422-R |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I, Kiran A. Phansalkar, enter my appearance as counsel in this case for Defendant Black & Veatch Corporation. I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

*/s/ Kiran A. Phansalkar*

Kiran A. Phansalkar, OBA #11470
McAfee & Taft A Professional Corporation
8th Floor, Two Leadership Square
211 North Robinson Ave.
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
Email: kiran.phansalkar@mcafeetaft.com
***Attorneys for Defendant***
***Black & Veatch Corporation***

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Christopher T Combs
Cole Bradford Brown
Don W Danz
Emily Brooke Boutwell
Eric L Combs
Ethan D Elrod
Jennifer B Puckett
Mary K Goff
Matthew J Becker

I hereby certify that on October 6, 2026, I served the same document by U.S. Postal Service and E-Mail on the following, who is not a registered participant of the ECF system:

Anthony Trupia
605 SE 21st Street
Oklahoma City, OK 73129
Telephone: (516) 984-0142
Email: trupiaar@gmail.com
***Pro Se Plaintiff***

*/s/ Kiran A. Phansalkar*
Kiran A. Phansalkar