**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ANTHONY TRUPIA, an individual,<br>Plaintiff,<br>v.<br>CITY OF OKLAHOMA CITY, et al.,<br>Defendants. | Case No.: CIV-2026-2422-R |

**DEFENDANT BLACK & VEATCH CORPORATION'S**
**CONSENT TO REMOVAL**

Defendant Black & Veatch Corporation ("**B&V**") states that Defendants The City of Oklahoma City and the Oklahoma Water Utilities Trust provided notice of their intent to remove and correctly recited that B&V did not object to removal of this action from the District Court of Oklahoma County, State of Oklahoma, to the United States District Court for the Western District of Oklahoma. [Doc. No. 1, p. 6]. B&V further submits this formal notification of consent to removal.

Respectfully submitted,

*/s/ Preston M. Sullivan*

Kiran A. Phansalkar, OBA #11470
Preston M. Sullivan, OBA #33619
McAfee & Taft A Professional Corporation
8th Floor, Two Leadership Square
211 North Robinson Ave.
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
Email: kiran.phansalkar@mcafeetaft.com
preston.sullivan@mcafeetaft.com
***Attorneys for Defendant***
***Black & Veatch Corporation***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Christopher T Combs
Cole Bradford Brown
Don W Danz
Emily Brooke Boutwell
Eric L Combs
Ethan D Elrod
Jennifer B Puckett
Mary K Goff
Matthew J Becker

I hereby certify that on October 6, 2026, I served the same document by U.S. Postal Service and E-Mail on the following, who is not a registered participant of the ECF system:

Anthony Trupia
605 SE 21st Street
Oklahoma City, OK 73129
Telephone: (516) 984-0142
Email: trupiaar@gmail.com
***Pro Se Plaintiff***

*/s/ Preston M. Sullivan*
Preston M. Sullivan