**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

(1) ANTHONY TRUPIA )
)
Plaintiff(s), )
)
v. ) Case No. 5:26-02422-R
)
(1) CITY OF OKLAHOMA CITY;
(2) OKLAHOMA CITY WATER UTILITIES TRUST, et al. )
)
Defendant(s) )

# ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, Crossland Heavy Contractors, Inc.
(Plaintiff/Defendant) (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Christopher T. Combs 10/07/2026
Signature Date

Christopher T. Combs
Print Name

Hayes Magrini & Gatewood
Firm

1138 N Robinson, Suite 102
Address

Oklahoma City Oklahoma 73103
City State Zip Code

405-235-9922
Telephone

ccombs@hmglawyers.com
Internet E-mail Address

Criminal Cases Only:

- ☐ Retained or USA
- ☐ CJA Appointment
- ☐ Federal Public Defender
- ☐ Pro Bono
- ☐ CJA Training Panel

*Certificate of Service*

☑ I hereby certify that on October 7, 2026, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on ________, I filed the attached document with the Clerk of the Court and served the attached document by

on the following, who are not registered participants of the ECF System:

s/ Christopher T. Combs

s/ Attorney Name