**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

ANTHONY TRUPIA,

Plaintiff,

v.

CITY OF OKLAHOMA CITY, OKLAHOMA CITY WATER UTILITIES TRUST (OCWUT),CHRIS BROWNING, JAMES D. COUCH, DAVID HOLT, MARK STONECIPHER, CRAIG FREEMAN, DON E. NOBLE, GARY MATTHEWS, RICK THOMPSON, CAROLLO ENGINEERS, INC., BLACK & VEATCH CORPORATION, CROSSLAND HEAVY CONTRACTORS, INC., ARCHER WESTERN CONSTRUCTION, LLC, WYNN CONSTRUCTION CO., INC., MATTHEWS TRENCHING CO., INC., KRAPFF-REYNOLDS CONSTRUCTION COMPANY,

Defendants.

Case No. CIV-2026-2422-R

**CROSSLAND HEAVY CONTRACTORS, INC.'S CONSENT TO REMOVAL**

Defendant, Crossland Heavy Contractors, Inc ("Crossland") states that Defendants The City of Oklahoma City and the Oklahoma Water Utilities Trust provided notice of their intent to remove and correctly recited that Crossland did not object to removal of this action from the District Court of Oklahoma County, State of Oklahoma, to the United States District Court for the Western District of Oklahoma. [Doc No. 1, p. 6]. Crossland further submits this formal notification of consent to removal.

*s/ Christopher T. Combs*
Christopher T. Combs, OBA No. 21632
Cole B. Brown, OBA No. 34619
Ethan Elrod, OBA No. 36105
**HAYES MAGRINI & GATEWOOD**
1138 N. Robinson, Suite 102
Oklahoma City, Oklahoma 73103
Telephone: (405) 235-9922
E-Mail: ccombs@hmglawyers.com
cole@hmglawyers.com
eelrod@hmglawyers.com

*Attorneys for Defendant, Crossland Heavy Contractors, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on Wednesday, October 7, 2026, I filed the foregoing Consent to Removal with the Clerk of the Court and served the attached document by U.S. Mail, postage prepaid on the following who are not registered participants of the Electronic Case Filing system. Otherwise, registered participants will receive automatic notice via ECF.

Anthony Trupia
605 SE 21st Street
Oklahoma City, OK 73129
*Pro Se Plaintiff*

*s/ Christopher T. Combs*
Christopher T. Combs