**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ANTHONY TRUPIA, an individual | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-26-02422-R |
| | ) | |
| CITY OF OKLAHOMA CITY, | ) | |
| A municipal corporation, et al. | ) | |

**DEFENDANTS RICK THOMPSON AND WYNN CONSTRUCTION CO. INC.'S**
**NOTICE OF CONSENT TO REMOVAL**

Defendants Rick Thompson and Wynn Construction Co., Inc. ("Wynn Defendants") hereby state that the City of Oklahoma City and the Oklahoma City Water Utilities Trust correctly recited that the Wynn Defendants do not object to removal of this action from the District Court of Oklahoma County, State of Oklahoma to the United States District Court for the Western District of Oklahoma [Doc. No. 1, ¶ 14]. The Wynn Defendants further submit this formal notification of consent to removal.

Respectfully submitted,

*/s/ Eric L. Combs*

Eric L. Combs, OBA No. 31024
119 North Robinson Avenue, Suite 1200
Oklahoma City, OK 73102
Telephone: 405/235-7471
Facsimile: 405/232-3852
combs@lytlesoule.com

**ATTORNEY FOR DEFENDANTS WYNN CONSTRUCTION CO., INC. AND RICK THOMPSON**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of October, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys and parties of record registered to receive electronic notices in this case. In addition, I mailed the foregoing document by US Postal Service on the following who are not registered participants of the Electronic Case Filing System.

Anthony Trupia
605 SE 21st Street
Oklahoma City, OK 73129
Pro Se Plaintiff

*/s/ Eric L. Combs*