DWD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ANTHONY TRUPIA, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-2026-2422-R |
| | ) | |
| CITY OF OKLAHOMA CITY, | ) | |
| a municipal corporation, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS GARY MATTHEWS AND MATTHEWS TRENCHING CO. INC.'S NOTICE OF CONSENT TO REMOVAL**

Defendants Gary Matthews, individually and as owner of Matthews Trenching and Matthews Trenching Co., Inc. ("Matthews Defendants") hereby state that they do not believe they "have been properly joined and served" pursuant to 28 U.S. Code § 1446(b)(2)(A). Without waiving same, the City of Oklahoma City and the Oklahoma City Water Utilities Trust correctly recited that the Matthews Defendants do not object to removal of this action from the District Court of Oklahoma County, State of Oklahoma, to the United States District Court for the Western District of Oklahoma [Doc. No. 1, ¶ 14]. The Matthews Defendants further submit this formal notification of consent to removal.

Respectfully submitted,

*/s/Maurice G. Woods, II*

MAURICE G. WOODS, II, OBA #16582
DON W. DANZ OBA #14607
MAURICE G. WOODS LAW, II, PLLC
4811 Gaillardia Parkway, Suite 100
Oklahoma City, OK 73142
(405) 628-0000
(405) 628-0001 Fax
mw@mwoodslaw.com
don@mwoodslaw.com
kaysie@mwoodslaw.com
***ATTORNEYS FOR DEFENDANTS GARY MATTHEWS AND MATTHEWS TRENCHING CO., INC.***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys and parties of record registered to receive electronic notices in this case. In addition, I mailed the foregoing document by US Postal Service on the following who are not registered participants of the Electronic Case Filing System:

Anthony Trupia
605 SE 21st Street
Oklahoma City, OK 73129
***Pro Se Plaintiff***

*/s/ Maurice G. Woods, II*
Maurice G. Woods, II