DWD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ANTHONY TRUPIA, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-2026-2422-R |
| | ) | |
| CITY OF OKLAHOMA CITY, | ) | |
| a municipal corporation, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Matthews Trenching Co., Inc., which is a Defendant in this action, makes the following disclosure:

1. **Is a party publicly held corporation or other publicly held entity? NO**

2. **Does party have any parent corporations? NO**
   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? NO**
   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? NO**
   If YES, identify entity and nature of interest:

5. **Is party a trade association? NO**
   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

DATED this 8th day of October, 2026

Respectfully submitted,

*/s/Maurice G. Woods, II*

MAURICE G. WOODS, II, OBA #16582
DON W. DANZ OBA #14607
MAURICE G. WOODS LAW, II, PLLC
4811 Gaillardia Parkway, Suite 100
Oklahoma City, OK 73142
(405) 628-0000
(405) 628-0001 Fax
mw@mwoodslaw.com
don@mwoodslaw.com
kaysie@mwoodslaw.com
***ATTORNEYS FOR DEFENDANTS GARY MATTHEWS AND MATTHEWS TRENCHING CO., INC.***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys and parties of record registered to receive electronic notices in this case. In addition, I mailed the foregoing document by US Postal Service on the following who are not registered participants of the Electronic Case Filing System:

Anthony Trupia
605 SE 21st Street
Oklahoma City, OK 73129
***Pro Se Plaintiff***

*/s/ Maurice G. Woods, II*
Maurice G. Woods, II