Outlook

**DEFENSE COUNSEL ONLY Re: Trupia v. City of Oklahoma City, et al., No. CJ-2026-515 — Second Amended Petition filed August 31, 2026**

**From** Goff, Katie <katie.goff@okc.gov>
**Date** Tue 9/8/2026 11:03 AM
**To** Katz, Sherri <sherri.katz@okc.gov>; ccombs@hmglawyers.com <ccombs@hmglawyers.com>; cole@hmglawyers.com <cole@hmglawyers.com>; eelrod@hmglawyers.com <eelrod@hmglawyers.com>; MW@mwoodslaw.com <MW@mwoodslaw.com>; don@mwoodslaw.com <don@mwoodslaw.com>; deborah@mwoodslaw.com <deborah@mwoodslaw.com>; chris.huckaby@mcafeetaft.com <chris.huckaby@mcafeetaft.com>; jennifer.puckett@mcafeetaft.com <jennifer.puckett@mcafeetaft.com>; combs@lytlesoule.com <combs@lytlesoule.com>; becker@lytlesoule.com <becker@lytlesoule.com>; jennifermking@krapff-reynolds.com <jennifermking@krapff-reynolds.com>; kiran.phansalkar@mcafeetaft.com <kiran.phansalkar@mcafeetaft.com>; preston.sullivan@mcafeetaft.com <preston.sullivan@mcafeetaft.com>; beth.attaway@mcafeetaft.com <beth.attaway@mcafeetaft.com>; lindsay.skinner@mcafeetaft.com <lindsay.skinner@mcafeetaft.com>

Good Morning Counsel,

Due to the plaintiff including section 1983 allegations against my clients in this amended petition, I will be filing a notice of removal tomorrow, Sept. 9. Please let me know if you anyone has any objection.

Please note I removed Mr. Trupia from this email.

**Katie Goff**
**Trial Lawyer**
**Assistant Municipal Counselor**
**Litigation Division**
*Oklahoma City Municipal Counselor's Office*
200 North Walker, Suite 400
Oklahoma City, OK 73102
VM (405) 297-3894
katie.goff@okc.gov

---

**From:** T T <trupiaar@gmail.com>
**Sent:** Monday, August 31, 2026 2:31 PM
**To:** Katz, Sherri <sherri.katz@okc.gov>; Goff, Katie <katie.goff@okc.gov>; ccombs@hmglawyers.com <ccombs@hmglawyers.com>; cole@hmglawyers.com <cole@hmglawyers.com>; eelrod@hmglawyers.com

EXHIBIT "1"

<eelrod@hmglawyers.com>; MW@mwoodslaw.com <MW@mwoodslaw.com>; don@mwoodslaw.com <don@mwoodslaw.com>; deborah@mwoodslaw.com <deborah@mwoodslaw.com>; chris.huckaby@mcafeetaft.com <chris.huckaby@mcafeetaft.com>; jennifer.puckett@mcafeetaft.com <jennifer.puckett@mcafeetaft.com>; combs@lytlesoule.com <combs@lytlesoule.com>; becker@lytlesoule.com <becker@lytlesoule.com>; jennifermking@krapff-reynolds.com <jennifermking@krapff-reynolds.com>; kiran.phansalkar@mcafeetaft.com <kiran.phansalkar@mcafeetaft.com>; preston.sullivan@mcafeetaft.com <preston.sullivan@mcafeetaft.com>; beth.attaway@mcafeetaft.com <beth.attaway@mcafeetaft.com>; lindsay.skinner@mcafeetaft.com <lindsay.skinner@mcafeetaft.com>
**Subject:** Trupia v. City of Oklahoma City, et al., No. CJ-2026-515 — Second Amended Petition filed August 31, 2026

Counsel,

Please be advised that I filed my Second Amended Petition in the above matter today, August 31, 2026, pursuant to the leave granted by the Court's order entered August 13, 2026 and filed August 14, 2026.

A copy is attached.

Anthony Trupia
Plaintiff, pro se
605 SE 21st Street
Oklahoma City, OK 73129
516-984-0142 | Trupiaar@gmail.com