**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ANTHONY TRUPIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2422-R** |
| | ) | |
| **CITY OF OKLAHOMA CITY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Before the Court is Plaintiff's Motion to Stay All Proceedings Pending Rule on his Motion to Remand [Doc. No. 18]. The motion seeks a stay of the briefing deadlines for several pending motions until Plaintiff's Motion to Remand is resolved. No party filed a response to the motion.

Accordingly, Plaintiff's Motion to Stay All Proceedings Pending Rule on his Motion to Remand [Doc. No. 18] is GRANTED. The deadlines to respond to the motions filed at Document Numbers 4, 5, 6, 8, 9, 11, 12 and 16 are stayed pending a ruling on the motion to remand. In the event the motion to remand is denied, Plaintiff shall have 21 days from the date of that order to file a response to the motions.

IT IS SO ORDERED this 27th day of October, 2026.

David L. Russell
**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**