**From:** T T <trupiaar@gmail.com>
**Sent:** Thursday, October 1, 2026 10:36 AM
**To:** sherri.katz@okc.gov; katie.goff@okc.gov; ccombs@hmglawyers.com; cole@hmglawyers.com; eelrod@hmglawyers.com; MW@mwoodslaw.com; don@mwoodslaw.com; deborah@mwoodslaw.com; Chris Huckaby; Jennifer Puckett; combs@lytlesoule.com; becker@lytlesoule.com; jennifermking@krapff-reynolds.com; Kiran Phansalkar; Preston Sullivan; Beth Attaway; Lindsay Skinner; brooke@basslaw.net; brooke.boutwell@gmail.com
**Subject:** Re: Trupia v. City of Oklahoma City, et al., No. CJ-2026-515 — Second Amended Petition filed August 31, 2026
**Attachments:** 03 - Proposed Order on Plaintiffs Motion to Stay All Proceedings Pending Remand.pdf; 02 - Plaintiffs Motion to Stay All Proceedings Pending Ruling on His Motion to Remand.pdf; 01 - Plaintiffs Motion to Remand and Brief in Support.pdf

Good Morning:

Some issues we need to touch on:

**1. You screwed up your federal removal -** The reasons are very obvious in the motion I filed today, and airtight. Federal Removal requires unanimous consent from all parties, and you blew that in two ways, by failing to submit any consents, at all, and by filing the motions you filed in state court after my SAC. Honestly, this is pretty incredible; federal removal is a basic mechanism, and the value of plausibility pleading, the federal pleading standard it would have provided, and that you just lost, can't really be overstated. You screwed up immensely, and it's awfully interesting that the supposed biggest companies in town, and supposedly top notch law firms they hire, can't get even these basic things right. I'm going to enjoy reporting on your incompetence, and the interesting combination of your incompetence and things still going your way.

**2. Do you consent to a stay until federal removal is decided?** - I've attached my motion to stay the rest of the proceedings until the remand motion is heard. I'll file it tomorrow either way.

**3. The following defendants still owe the court basic disclosures -** I'm not your babysitter and I shouldn't have to dot your I's and cross your T's for you.
1. Matthews Trenching Co., Inc.: Rule 7.1 disclosure statement.
2. Wynn Construction Co., Inc.: Rule 7.1 disclosure statement.
3. Archer Western Construction: Rule 7.1 disclosure statement.
4. Crossland Heavy Contractors, Inc.: Rule 7.1 disclosure statement.
5. Black & Veatch Corporation: Rule 7.1 disclosure statement.
6. Cimarron Construction Co., LLC: Rule 7.1 disclosure statement and the LCvR7.1.1 LLC member disclosure.
7. Krapff-Reynolds Construction Company: Rule 7.1 disclosure statement.

You have no idea how many significant OK political players I have in my follows, and how big a deal that is, but you're going to get it when your clients call you screaming asking why they this is all over SM when each of you could have settled this claim for a measly $1,000 each. What do they even pay you for, besides screwing up things like federal removal, which you should be able to do right while you're drunk? Tell your clients I said to buckle up, you have all escalated this case at every step and I'm going to make sure everybody regrets it.

Anthony Trupia
516-984-0142
Trupiaar@gmail.com

On Mon, Aug 31, 2026 at 2:31 PM T T <trupiaar@gmail.com> wrote:

> Counsel,
>
> Please be advised that I filed my Second Amended Petition in the above matter today, August 31, 2026, pursuant to the leave granted by the Court's order entered August 13, 2026 and filed August 14, 2026.
>
> A copy is attached.
>
> Anthony Trupia
> Plaintiff, pro se
> 605 SE 21st Street
> Oklahoma City, OK 73129
> 516-984-0142 | Trupiaar@gmail.com