# Counsel Affiliation Memo — The Goff Anomaly

*Trupia v. City of Oklahoma City, et al., No. CJ-2026-515 (Dist. Ct. Okla. Cty.) (Andrews, J.) — Aug. 11, 2026*

## I. Katie Goff

Assistant Municipal Counselor **Katie Goff** — one of the three lawyers defending the City and OCWUT — has **no known association of any kind, at any strength, outside her employment**. No civic club, no trade association, no charity board, no Inn of Court, no political endorsement, no speaking engagement, no corporate role. Among the lawyers surrounding this case, that makes her the outlier: nearly every other one is tied into the city's civic structure somewhere beyond the retainer.

Her background is entirely career-shaped: J.D., Oklahoma City University School of Law; B.A., political science, University of Central Oklahoma; formerly an assistant district attorney (District 21); licensed legal intern and then Assistant Municipal Counselor for the City of Oklahoma City. The law school is biography, not affiliation — a large institution open to the public, shared by thousands of Oklahoma lawyers.

## II. The Contrast — The Other Lawyers

All of the following comes from public records — firm biographies, tax filings, court dockets, and the organizations' own published rosters.

| Counsel / firm | Represents | Ties beyond the job |
|---|---|---|
| **Sherri Katz**<br>Municipal Counselor | City, OCWUT, and the five individuals dismissed Aug. 10 | Board of the **Oklahoma Association of Municipal Attorneys**, as Oklahoma City representative — the association a Fellers Snider water-law shareholder (Blaine Nice) once presided over. |
| **McAfee & Taft** | Archer Western; Don E. Noble; likely also Black & Veatch | **Jennifer Puckett** (counsel of record): Leadership Oklahoma City alumna. **Ross Plourde**: Rotary Club 29 Immediate Past President. **Matt Bown** (COO): Rotary 29 Foundation Treasurer and **past President of the Committee of One Hundred** — the invitation-only club that funds the police department. **Michael Lauderdale**: Greater OKC Chamber board, seated alongside three defendants. **Samuel Merchant**: formerly on the Board of Adjustment, where defendant Don Noble sits. **Todd Lamb** and **Burns Hargis** have addressed the Downtown Club and the Economic Club of Oklahoma respectively. |
| **Hayes Magrini & Gatewood** | Crossland Heavy | The firm belongs to the **same trade association as its client** (AGC of Oklahoma). **Robert Magrini** sued OCWUT in federal court in 2024 on behalf of a trenchless contractor — and now defends a co-defendant seated beside it. |
| **Maurice Woods II** | Matthews Trenching | **Registered service agent of his own client.** Past President of the Okarche Lions Club (2009, 2010); county and federal bar associations. |
| **Jennifer M. King** | Krapff-Reynolds | **Treasurer, Secretary and Director of her own client** — an owner-family lawyer defending the family company. |

| Counsel / firm | Represents | Ties beyond the job |
|---|---|---|
| **Fellers Snider** (not counsel here — Mark Stonecipher's firm) | Has listed OCWUT among its representative clients | Its lawyers reach into **Kiwanis** (where Judge Andrews has a decade of board service) and **Rotary** through speaking engagements and memberships — including a current Rotary Club 29 member who is also a **past President of the Committee of One Hundred**; the **Downtown Exchange Club** (Judge Andrews' other club); **both Oklahoma City Inns of Court**; and the municipal attorneys' association. |
| **Phillips Murrah** (OCWUT's outside litigation firm) | Defended OCWUT in federal court (five lawyers) | **Fred Leibrock** (firm General Counsel, OCWUT's lead lawyer in that case): publicly endorsed Mayor Holt. **Martin Ozinga**: Vice President of the charitable fund on whose board **Judge Andrews** has served for ten years. **Christin Mugg**: trustee of the Oklahoma City Community Foundation. **Eric Eissenstat**: formerly a director at Stonecipher's firm. One associate clerked on the Oklahoma County bench. |
| **The other thin rows** | — | Kenneth Jordan (Municipal Counselor), Christian Huckaby and E. Brooke Boutwell (McAfee & Taft), the three lawyers formerly of Conner & Winters, and Lytle Soulé & Felty (for Thompson and Wynn Construction) — no outside affiliations known. Fittingly, Lytle Soulé's client is the least-connected party in the case. |

## III. What It Means

The pattern across the defense bar is uniform: the lawyers occupy the same rooms as the parties — Rotary Club 29, the Committee of One Hundred, the Chamber, the Inns of Court — and two of them hold corporate office inside the very companies they defend. Katie Goff is the exception: a career government trial lawyer with no civic footprint at all. The counsel-side questions lead where the connections are: the history between Fellers Snider and OCWUT, the full extent of McAfee & Taft's multi-defendant representation, and the two lawyers who double as officers of their own clients.