**From:** T T <trupiaar@gmail.com>
**Sent:** Monday, November 2, 2026 09:59
**To:** sherri.katz@okc.gov <sherri.katz@okc.gov>; katie.goff@okc.gov <katie.goff@okc.gov>; ccombs@hmglawyers.com <ccombs@hmglawyers.com>; cole@hmglawyers.com <cole@hmglawyers.com>; eelrod@hmglawyers.com <eelrod@hmglawyers.com>; MW@mwoodslaw.com <MW@mwoodslaw.com>; don@mwoodslaw.com <don@mwoodslaw.com>; deborah@mwoodslaw.com <deborah@mwoodslaw.com>; Chris Huckaby <chris.huckaby@mcafeetaft.com>; Jennifer Puckett <jennifer.puckett@mcafeetaft.com>; combs@lytlesoule.com <combs@lytlesoule.com>; becker@lytlesoule.com <becker@lytlesoule.com>; jennifermking@krapff-reynolds.com <jennifermking@krapff-reynolds.com>; Kiran Phansalkar <kiran.phansalkar@mcafeetaft.com>; Preston Sullivan <preston.sullivan@mcafeetaft.com>; Beth Attaway <beth.attaway@mcafeetaft.com>; Lindsay Skinner <lindsay.skinner@mcafeetaft.com>; brooke@basslaw.net <brooke@basslaw.net>; brooke.boutwell@gmail.com <brooke.boutwell@gmail.com>
**Subject:** Re: Trupia v. City of Oklahoma City, et al., No. CJ-2026-515 — Second Amended Petition filed August 31, 2026

Filed.

I'm also working on bar complaints. Your sanctions motion is **obviously** retaliatory and frivolous. You stated no law or rule I broke, you failed to file any warnings or the official notice required, and you **explicitly** referenced the pending sanctions motions, making the motive beyond doubt... I'm honestly a bit shocked you would put yourself on the line like this, it's a crazy motion, absolutely crazy. If I were you, after reading the obvious problems with it, I would withdraw it. But you do what you want.

Anthony Trupia
516-984-0142
Trupiaar@gmail.com

On Fri, Oct 30, 2026 at 6:48 PM T T <trupiaar@gmail.com> wrote:

> I have already finished preparing and will file the following documents on Monday. Because Katie Goff brought the unfiled sanctions motions onto the record, characterizing them but not showing them, I have included them as exhibits. So if any of you were considering withdrawing and/or correcting your motions,

that opportunity has passed, she squashed it.

I had another remand going at the same time as this one, the case order came in today, this is your fate:

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ANTHONY TRUPIA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-26-2374-J |
| SENTRY CREDIT, INC., et al., | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff, appearing pro se, filed suit in the District Court of Oklahoma County against Sentry Credit, Inc. (Sentry), TrueAccord Corp. (TrueAccord), Katie Neill, Mark Ravanesi, Tinker Federal Credit Union (TFCU), Dave Willis, and AT&T Inc. (AT&T). [Doc. No. 1-2]. Defendant TFCU removed the action and, citing procedural errors, Plaintiff filed a Motion to Remand (Pl.'s Mot.) [Doc. No. 13]. Defendants have collectively responded (Defs.' Resp.) [Doc. No. 20] and Plaintiff replied [Doc. No. 21], placing the matter at issue.

For the reasons below, the Court GRANTS Plaintiff's motion and REMANDS this matter to the District Court of Oklahoma County.

Anthony Trupia
516-984-0142
Trupiaar@gmail.com

On Fri, Oct 23, 2026 at 10:42 AM T T <trupiaar@gmail.com> wrote:

Oof, forgive the double email, but I just checked my notifications and saw we have upgraded to laughing at your disgraceful work:




Anthony Trupia
516-984-0142
Trupiaar@gmail.com

On Fri, Oct 23, 2026 at 10:38 AM T T <trupiaar@gmail.com> wrote:

Filed.

By the way. There's a conversation we've been having on Law Twitter (do you even know this exists?) about, well, a growing problem in law with incompetent attorneys and how the judiciary is basically letting attorneys like you that have no idea what they are doing run wild. When I say we, I do explicitly mean me, actively, as part of that we; I've been central to driving this conversation becoming public, you can see for example I pick up attorneys and even law professors in my follows regularly:




In case you can't tell, the next post from Bottomless is *sarcasm.* This apparently struck a nerve, because lawyers were slapping that like button on this post all weekend.




Thousands of attorneys see these posts and follow what's going on via SM:

**The Short Straw** @short_straw · Oct 16

I am pro se, and that is why I am complaining about this very, very loudly.

The law *is* complicated (some would argue more complicated than it needs to be in many scenarios), and I would be the first to admit it. I learned the hard way, over many filings, and with the aid of good AI to point me to the resources I couldn't find before it existed, to learn the law and the rules of procedure one painful step at a time. I took my lumps to learn all this as fast as possible, attorneys walked *all over me.*

Yet now, when I have the law in my favor, after years of studying this all and taking my lumps, everything has gone topsy turvy in any court I test in. Judges will write orders shutting down my motions, but never explain a single thing. Attorneys can get away with literally the most egregious violations, both intentionally and unintentionally, with no consequences, even as they are *admitting to what they did on the record.* Judges sign ex-parte orders on motions that don't even belong to OC...

AI is shamelessly walking all over attorneys across the cases I have going right now, they literally can't get their disclosures or removals right, they can't spell their client's names right, they misrepresent case law holdings, they disregard the limitations of the setting each motion is made in... and the courts just pretend their arguments are somehow winning arguments. It's the most incredible and insidious thing I've ever seen. The judiciary is sick, from top to bottom, from what I've seen through an honest look at it all.

8 7 27 17K

Just showing you all this so you can see this conversation really is happening, and just wondering, **would you like to be a part of it?** Would you guys like to come weigh in and explain yourselves, and why your motions are totally adequate representations of what the legal profession has to offer? Plenty of inquiring legal minds would like to know. If not, that's fine, I will happily just explain to everybody in the legal community and show with examples how there is obviously something rotten in OKC if you're the best we have to offer.

Anthony Trupia
516-984-0142
Trupiaar@gmail.com

On Fri, Oct 23, 2026 at 12:09 AM T T <trupiaar@gmail.com> wrote:

Good Evening!

Some things I would like to touch on with you all.

1. Your replies were terrible, literally, sanctionable-terrible. You're going to need to make some corrections. I have attached sanctions motions for each of you that filed replies to this email. You can

ignore my sanctions motions, but then you will just be responding to the filed ones on the docket, like the rest of the attorneys who tried to pull this nonsense over the last few months across a couple cases I have going, and you will be doing the same thing they were: **making concessions on the record.** You're better off retracting your documents and trying again. The court will retain it's power to follow through on these motions after my remand goes through, do not ignore them.

2. For all the reasons, plus your co-defendants not appearing or replying, your federal removal is Over. You have lost on every substantive argument, and even the case law you provided works for me. Terrible.

3. To make **really clear the awesome difference between us**, because you seem to be under the mistaken impression that you were getting some kind of lay down pro se case, I have decided to show you just how fast, and still how thoroughly, I can destroy all your motions, put together:

**My replies to all three of your responses are already done, attached to this email, and I'm filing them tomorrow morning or afternoon**.

I was able to completely review your motions, prepare the responses, review and verify every single citation, character for character, and prepare your sanctions motions in the same thorough way, in just a few hours. It was a cake-walk, because **I have been arguing with TCPA/Robocall attorneys for years, they are the lowest of the low. I have seen every trick, every procedural move, every ridiculous attempt to get a case dismissed you have ever imagined. You underestimated this experience, dramatically. You are not my equal in litigation, nor are you close.**

4. You were under the impression that a bar card is what makes you good at law. Hope I've disabused you of that notion thoroughly. You're bottom rung, and I appreciate that, because:

5. You still haven't done your due-diligence to see what kind of people follow me on social media, and how this exposure, and all your incompetence as a good show on top, will land in your clients' laps. I have some of the biggest SM reporters that exist in America in my follows. I'm going to hit as hard on SM, when the time comes, as I'm hitting you now in court. The only reason you don't see it yet is timing, like the Remand.

6. The one thing you think you have going for you, the original dismissal in state court, is not solid, but it is adamantium, for lack of better words, for any appeal I need to file.

7. Finally, when we go back to state court, we're going to discuss those motions to dismiss you all filed, which are so **gloriously sanctionable, and I'm going to wrap this all and the dismissal you're holding onto into *fraud on the court*, *which it is, I assure you, because I'm so many steps ahead of you it's embarrassing.*** Keep relying on your weak, crony network, I'll keep embarrassing you in court and showing the larger community what kind of anti-American scrubs your clients are ripping us all off through this water scam.

P.S. - You guys clearly ***loooove*** you some case summaries (instead of like, actually reading the cases you attach), so here's my case summary for our case right here, from how it started and how it's going, all the way to how it's going to end:
https://x.com/short_straw/status/2113492033511854589

Anthony Trupia
516-984-0142

Trupiaar@gmail.com

On Thu, Oct 1, 2026 at 10:35 AM T T <trupiaar@gmail.com> wrote:

Good Morning:

Some issues we need to touch on:

**1. You screwed up your federal removal -** The reasons are very obvious in the motion I filed today, and airtight. Federal Removal requires unanimous consent from all parties, and you blew that in two ways, by failing to submit any consents, at all, and by filing the motions you filed in state court after my SAC. Honestly, this is pretty incredible; federal removal is a basic mechanism, and the value of plausibility pleading, the federal pleading standard it would have provided, and that you just lost, can't really be overstated. You screwed up immensely, and it's awfully interesting that the supposed biggest companies in town, and supposedly top notch law firms they hire, can't get even these basic things right. I'm going to enjoy reporting on your incompetence, and the interesting combination of your incompetence and things still going your way.

**2. Do you consent to a stay until federal removal is decided?** - I've attached my motion to stay the rest of the proceedings until the remand motion is heard. I'll file it tomorrow either way.

**3. The following defendants still owe the court basic disclosures -** I'm not your babysitter and I shouldn't have to dot your I's and cross your T's for you.

1. Matthews Trenching Co., Inc.: Rule 7.1 disclosure statement.
2. Wynn Construction Co., Inc.: Rule 7.1 disclosure statement.
3. Archer Western Construction: Rule 7.1 disclosure statement.
4. Crossland Heavy Contractors, Inc.: Rule 7.1 disclosure statement.
5. Black & Veatch Corporation: Rule 7.1 disclosure statement.
6. Cimarron Construction Co., LLC: Rule 7.1 disclosure statement and the LCvR7.1.1 LLC member disclosure.
7. Krapff-Reynolds Construction Company: Rule 7.1 disclosure statement.

You have no idea how many significant OK political players I have in my follows, and how big a deal that is, but you're going to get it when your clients call you screaming asking why they this is all over SM when each of you could have settled this claim for a measly $1,000 each. What do they even pay you for, besides screwing up things like federal removal, which you should be able to do right while you're drunk? Tell your clients I said to buckle up, you have all escalated this case at every step and I'm going to make sure everybody regrets it.

Anthony Trupia
516-984-0142
Trupiaar@gmail.com

On Mon, Aug 31, 2026 at 2:31 PM T T <trupiaar@gmail.com> wrote:

Counsel,

Please be advised that I filed my Second Amended Petition in the above matter today, August 31, 2026,

pursuant to the leave granted by the Court's order entered August 13, 2026 and filed August 14, 2026.

A copy is attached.

Anthony Trupia
Plaintiff, pro se
605 SE 21st Street
Oklahoma City, OK 73129
516-984-0142 | Trupiaar@gmail.com