# The Nexus Register

*Every connection on the interactive map, explained — Trupia v. City of Oklahoma City, et al., No. CJ-2026-515 (Dist. Ct. Okla. Cty.) (Andrews, J.) — Aug. 11, 2026*

## I. The Financial Core — Two Trade Associations, a PAC, a Surety Broker, and the Vendor Relationship Underneath

**OMCA.** The Oklahoma Municipal Contractors Association holds five defendant contractors as members: Cimarron Construction, Matthews Trenching, Krapff-Reynolds, Archer Western, and Crossland (listed twice). Governance goes further: **Don E. Noble** (Cimarron) and **Fred Krapff** (Krapff-Reynolds) are **Lifetime Directors**, and **James L. King** — Krapff-Reynolds' president — is the association's **Vice-President**. Two co-defendants govern the same trade association together, permanently. OMCA operates a political action committee, and as an institution it **formally endorsed Mayor Holt's 2022 re-election** — while not one of its corporate directors endorsed him personally. Its Associate Board — the seat category for the suppliers and bonding houses serving the members — includes **INSURICA**, an insurance and surety brokerage whose chairman, Mike Ross, is simultaneously the 2026 Chair of the Greater Oklahoma City Chamber.

**WCDA.** The Water Collaborative Delivery Association exists to join design firms and construction firms on collaborative project delivery — and its membership includes **four defendants**: Carollo Engineers, Black & Veatch, The Walsh Group (Archer Western's parent), and Crossland Heavy. It is where the two national engineering defendants, which appear nowhere in Oklahoma's local civic life, actually meet their construction co-defendants. Their other affiliations are national: AWWA (Black & Veatch is a sponsor and wrote the association's national PFAS testing guidance) and ACEC. Carollo additionally serves as **consultant to the Oklahoma Water Resources Board on the 2025 state Comprehensive Water Plan** — an advisory seat inside the state body that would otherwise check municipal water systems — and describes itself in its own marketing as serving as owner advisor, design-builder, subconsultant, or general contractor “depending on project needs.”

**The money underneath.** Every contractor and engineering defendant works, or has worked, for the City and the Water Utilities Trust — the entities that award the contracts, and the entities the amended complaint proceeds against. The trustees who vote the awards include defendants: Jim Couch chairs the Trust; Mark Stonecipher votes the Mayor's seat on it. One arrangement runs the other way: **Cimarron builds Oklahoma City Public Schools athletic fields at cost** — roughly 65% below market, about $1.3 million of foregone margin on a representative project, twenty fields built — for the charity Fields & Futures, whose construction program is run by **Tommy Noble**, defendant Don Noble's brother and co-owner. The charity's decade of tax filings reports no payment to Cimarron. It is a sustained relationship between a defendant's family company and two of the Mayor's public endorsers, the McLaughlins, who founded the charity and chose Cimarron for it. Two defense lawyers hold office inside their own clients: **Jennifer M. King** (counsel for Krapff-Reynolds) is its Treasurer, Secretary and a Director; **Maurice Woods II** (counsel for Matthews Trenching) is its registered service agent.

## II. The Municipal Web — Boards, Trusts, and Commissions

**The Water Utilities Trust** has five trustees: **Jim Couch**, Chairman — the only trustee seated in his own name; **Sharon Voorhees**, citizen trustee; Council member Bradley Carter; **Mark Stonecipher**, voting as the **Mayor's designated surrogate**; and Brent Bryant, surrogate for City Manager Freeman. The Voorhees name appears twice in city government: Sharon on the defendant Trust, her husband **Mike Voorhees** on the five-member Board

of Adjustment — where defendant Don Noble also sits. Both endorsed the Mayor in 2022.

**Noble's two seats.** Defendant Don E. Noble — president of a City underground-utility contractor — holds the **Ward 8 seat on the Planning Commission** and, from it, a seat on the quasi-judicial **Board of Adjustment**. Ward seats are filled on the nomination of the ward's council member — and Ward 8's council member is defendant **Mark Stonecipher**, himself a former Chair of the Board of Adjustment. Noble is not on the Mayor's endorser list; the appointment relationship, whatever it is, points at the Vice Mayor's ward, not the Mayor.

**Stonecipher's six appointments** span the Water Utilities Trust and McGee Creek Authority (both as the Mayor's surrogate), Lake Atoka, the Airport Trust, the Economic Development Trust, and the Redevelopment Authority — three of the six being the water-supply governance bodies. He is a past president of the Quail Creek HOA (where Mayor Holt served on the board), of the Quail Creek Golf & Country Club, and of the Gaillardia Community Association. **Jim Couch** sits on the Greater OKC Chamber's board through his own company, **JDC Consulting, LLC**, whose clients are not publicly known. **Mayor Holt** appoints roughly 500 positions across some sixty boards and is represented on most by surrogates — which is how the Vice Mayor comes to vote the Mayor's seat on the trust at the center of this case.

## III. The Political Layer — Endorsements

**Institutions.** The Mayor's 2022 campaign was endorsed by the **Oklahoma Municipal Contractors Association** (the defendants' trade association), the **Greater OKC Chamber PAC**, the **South Chamber PAC**, and the **Fraternal Order of Police, Lodge 123** — the union of the city's police officers, listed first among his organizational endorsers.

**Individuals on this map who endorsed:** defendant **Jim Couch**; County Court Clerk **Rick Warren**, whose office file-stamps every filing in the case; **Travis Weedn**, deputy general counsel of the Corporation Commission and Judge Andrews' longtime charity-board colleague; **Fred Leibrock**, the Water Trust's lead outside lawyer in its 2024 federal case; **Tim and Liz McLaughlin**, founders of the charity Cimarron builds for; and **Mike and Sharon Voorhees**. The absences matter as much: **Judge Andrews is not on the list; neither is Craig Freeman, nor Don Noble, nor any OMCA corporate director personally, nor any defense lawyer of record.**

## IV. The Clubs

**Rotary Club 29** is the one room holding a defendant and defense-firm leadership at once: **Holt** is a member and award recipient; McAfee & Taft's **Ross Plourde** is Immediate Past President and its COO **Matt Bown** is Foundation Treasurer; State Bar president **Miles Pringle** and Fellers Snider's **Paul Dudman** sit on or have sat on its board. Freeman and Browning have spoken to Rotary clubs — spoken, not joined. **Judge Heaton** is a Rotarian whose club is not publicly identified.

**Kiwanis and the Exchange Club** are Judge Andrews' civic home: ten straight years of office on the Kiwanis Special Activities Fund (President, 2018), a current seat on the Downtown Kiwanis board, and the 2016–17 presidency of the Downtown Exchange Club. Who shares those rooms: Supreme Court **Justice Noma Gurich** (Fund director, thirteen years); **Travis Weedn** — Holt endorser and Corporation Commission deputy general counsel — who **directly succeeded Andrews as Fund President** and is now President-Elect of the Holloway Inn of Court; **Martin Ozinga**, shareholder at Phillips Murrah, the firm that defended the Water Trust in federal court (Fund Vice President, 2023–24); and **Steve Slawson**, also a Community Foundation trustee. On the Exchange side, Fellers Snider's **Blaine Nice** — one of the four lawyers in that firm's water-law group with defendant Stonecipher — is a member. No defendant, counsel of record, or party appears on any of Judge Andrews' boards

in any year.

**The Committee of One Hundred** is an invitation-only club (member nomination plus two sponsors) whose purpose is **financial grants to law enforcement** and the annual decoration of Oklahoma City police officers. Its boards over the past decade have included McAfee & Taft COO **Matt Bown** as President, former Police Chief **Bill Citty** as an officer, a former District Attorney, a 36-year utility commissioner, the McLaughlin foundation's chief executive **Kelly Gray**, and Fellers Snider's **Paul Dudman** as a past president. Beside the police union's endorsement of the Mayor, it completes the documented institutional structure around OKCPD: private funding, public decoration, political alignment.

**Leadership Oklahoma City** — the civic-leadership pipeline — carries Holt (XXVI), Archer Western's counsel of record **Jennifer Puckett** (XX), Bown (XXI), Phillips Murrah's Eissenstat (XIII), land-use board members Voorhees (XVI) and Pever (33), Citty (XXII), and Stacy McDaniel (40). Judge Andrews appears in none of its forty-three classes. The **Downtown Club** seats Holt on its board and has hosted Holt, Freeman, Couch, and lawyers of both orbit firms at its rostrum; the **Economic Club of Oklahoma** (capped at 250 members, roster unpublished) has hosted Couch and McAfee & Taft's Burns Hargis as speakers. The Masonic thread is generational and exact: **Clarence Matthews**, founder of Matthews Trenching and **father of defendant Gary Matthews**, was a 32° Scottish Rite Mason of Amity Lodge No. 473 (d. 1982). No living party, lawyer, or judge appears in any published Masonic record — and for most of these bodies no record is published at all.

## V. The Charities — One Family, Two Charities, Two Arrivals at This Case

**Fields & Futures** — founded 2012 by **Tim and Liz McLaughlin**, both Holt endorsers — uses Cimarron as its at-cost builder, with **Tommy Noble** running its construction program; Noble and Tim McLaughlin have been close friends for two decades. **Cleats for Kids** — a partner charity on those same fields — has had **Judge Andrews** on its board for eight consecutive years, and **Chrissy McLaughlin**, Secretary of the McLaughlin Family Foundation, joined it in 2023. **Stacy McDaniel** holds office in both charities at once (paid director of one, officer of the other), and foundation chief **Kelly Gray** sits on the Committee of One Hundred. A five-step documented path therefore runs from a defendant's family company to the presiding judge's charity board: Noble — Cimarron — Fields & Futures — the McLaughlins — Cleats for Kids — Judge Andrews. Ten years of the charity's filings disclose related-party transactions by name and dollar; Cimarron is never among them.

**The Oklahoma City Community Foundation's** trustee list, current and historical, is a directory of the city's governing class: Phillips Murrah's **Christin Mugg** and Judge Andrews' Kiwanis colleague **Steve Slawson** sit on it now, alongside five of the Mayor's endorsers; past trustees include a federal chief judge and a state judge who led the Holloway Inn. No party and no counsel of record appears on it — including Stonecipher, whose own biography claims a role the foundation's rosters do not reflect.

## VI. Counsel — Where Each Firm Touches the Map Beyond Its Retainer

**McAfee & Taft** represents Archer Western (Huckaby, Puckett), Don E. Noble (Boutwell), and — after Black & Veatch's three outside lawyers joined the firm in July 2026 — likely Black & Veatch as well: three defendants at one firm, with the deepest civic footprint of any (Rotary 29 leadership, a Committee of One Hundred presidency, a Chamber board seat beside three defendants, a former Board of Adjustment member). **Hayes Magrini & Gatewood**, Crossland's counsel, belongs to its client's own trade association — and its name partner **sued the Water Trust in 2024** before sitting down beside it here. **Jennifer King** and **Maurice Woods** hold office inside their clients. In the City's own office, **Sherri Katz** sits on the municipal attorneys' association board that Fellers

Snider's Blaine Nice once presided over, while **Katie Goff** is the outlier of the entire defense bar — no documented association of any kind outside her employment.

Behind the parties sit two more firms. **Fellers Snider** — defendant Stonecipher's firm, his first-listed specialty Water Law — has publicly listed the **Water Utilities Trust among its representative clients**, and its lawyers reach into Kiwanis and Rotary, the Committee of One Hundred, the Downtown Exchange Club, and both Oklahoma City Inns of Court. **Phillips Murrah** defended the Trust in federal court with five lawyers; its lead endorsed the Mayor, its IP chair is Vice President of Judge Andrews' Kiwanis charity, one of its lawyers is a Community Foundation trustee, and another was formerly a director at Stonecipher's firm.

## VII. The Judges — What Connects, and What Does Not

**Judge Andrews'** documented world is children's charities, service clubs, bar bodies, and a law library trusteeship. His one direct institutional line to any defendant is his law school: he took his J.D. at **Oklahoma City University in 1989**, and **defendant David Holt has been Dean of that school since July 2023**. Everything else reaches him at one or two removes, through charity boards. He did not endorse the Mayor; he appears in no Leadership OKC class; no lodge, private club, or congregation lists him anywhere public; and no party, counsel, or defendant principal sits on any board he sits on. **Judge Heaton** is a Rotarian of unidentified club and a former legislator and federal prosecutor; the two Inns of Court are the one plausible shared room between the two judges, and no documented tie between them exists. Both judges connect to this case's world through charities, bar bodies, and schools — not through parties, contractors, or money.

## VIII. The Complete Connection List — Every Edge on the Map

### A. Parties and principals

| Who | Tie | To |
|---|---|---|
| Cimarron Construction | member; corporate board seat | OMCA |
| Cimarron Construction | builds at cost (20 of 44 fields) | Fields & Futures |
| Don E. Noble | Lifetime Director | OMCA |
| Don E. Noble | Ward 8 representative | Planning Commission |
| Don E. Noble | member (Planning Comm. designee) | Board of Adjustment |
| Don E. Noble | president / CEO; co-owner | Cimarron Construction |
| Don E. Noble | brother | Tommy Noble |
| Tommy Noble | co-owner; heads charity construction | Cimarron; Fields & Futures |
| Matthews Trenching | member | OMCA; Greater OKC Chamber |
| Gary Matthews | owner / president; son of the founder | Matthews Trenching; Clarence Matthews |
| Clarence Matthews (d. 1982) | 32° Scottish Rite member | Amity Lodge No. 473 |
| Krapff-Reynolds | member; Krapff Lifetime Director; King VP | OMCA |
| Archer Western / Walsh | member | OMCA; WCDA |
| Crossland Heavy | member | OMCA; WCDA; AGC of Oklahoma |
| Carollo Engineers | member; state water plan consultant | WCDA; ACEC; AWWA; Okla. Water Resources Bd. |
| Black & Veatch | member; sponsor / guidance author | WCDA; AWWA; ACEC |
| Wynn Construction | employee's lodge membership (d. 2017) | Mustang Masonic Lodge |
| Rick Thompson | president / owner — NO OTHER TIE OF ANY KIND KNOWN | Wynn Construction |
| OCWUT | member; listed client of; defended by | Chamber; Fellers Snider; Phillips Murrah |

### B. The five individuals dismissed August 10

| Who | Tie | To |
|---|---|---|
| David Holt | member + award; Dean; board + spoke twice; board; alumnus XXVI; former HOA board; trustee via surrogates | Rotary 29; OCU Law; Downtown Club; Chamber; Leadership OKC; Quail Creek HOA; OCWUT & McGee Creek |
| David Holt | endorsed by | OMCA; Chamber PAC; South Chamber PAC; FOP Lodge 123 |
| Mark Stonecipher | shareholder/director; Inn member; Mayor's surrogate; six appointments; former BoA Chair; committee member; past president x3; board member | Fellers Snider; Ginsburg Inn; OCWUT & McGee Creek; four other trusts; Board of Adjustment; Chamber Econ. Dev.; Quail Creek HOA & G&CC;, Gaillardia; OAMIC, OBA/OCBA |
| Jim Couch | Chairman; board via JDC Consulting; endorsed 2022; spoke to | OCWUT; Chamber; David Holt; Economic Club & Downtown Club |
| Craig Freeman | board; trustee via surrogate; spoke to | Chamber; OCWUT; Rotary 29 & Downtown Club |
| Chris Browning | event participant; spoke to; treasurership claimed but identity unconfirmed | WEF; West OKC Rotary & South OKC Chamber; WEF (2010-11) |

### C. Counsel, firms, judges, and connected non-parties

| Who | Tie | To |
|---|---|---|
| Municipal Counselor's office | counsel | City; OCWUT; the five dismissed individuals |
| Sherri Katz | board member, OKC Representative | Okla. Assn. of Municipal Attorneys |
| Katie Goff | NO ASSOCIATION KNOWN OUTSIDE EMPLOYMENT | — |
| McAfee & Taft | counsel | Archer Western; Don E. Noble; likely Black & Veatch |
| Jennifer Puckett (M&T;) | alumna, Class XX | Leadership Oklahoma City |
| Ross Plourde (M&T;) | Immediate Past President | Rotary Club 29 |
| Matt Bown (M&T; COO) | Fdn Treasurer; past President; alumnus XXI | Rotary 29; Committee of 100; Leadership OKC |
| Michael Lauderdale (M&T;) | Board of Directors | Greater OKC Chamber |
| Samuel Merchant (M&T;) | former member | Board of Adjustment |
| Todd Lamb / Burns Hargis (M&T;) | spoke to | Downtown Club / Economic Club |
| Hayes Magrini & Gatewood | counsel; member firm | Crossland; AGC of Oklahoma |
| Robert Magrini | sued in 2024 federal payment case | OCWUT |
| Maurice Woods II | counsel; registered service agent; past Lions president | Matthews Trenching; Okarche Lions Club |
| Jennifer M. King | counsel; Treasurer / Secretary / Director | Krapff-Reynolds |
| Lytle Soulé & Felty | counsel | Rick Thompson; Wynn Construction |
| Conner & Winters | former counsel (lawyers departed 7/27/26) | Black & Veatch |
| Fellers Snider lawyers | member / spoke to / officer | Exchange Club; Kiwanis & Rotary (spoke); Rotary 29 (member); Committee of 100; both Inns of Court; OAMA |
| Phillips Murrah lawyers | endorsed Holt; Kiwanis Fund VP; OCCF trustee; ex-Fellers Snider | Holt campaign; Kiwanis Fund; Community Foundation; Fellers Snider |
| Judge Don Andrews | officer 10 yrs + current board; President 2016-17; board 8 yrs; VP + board; trustee (1 of 5); J.D. 1989 | Kiwanis Fund & club; Downtown Exchange Club; Cleats for Kids; OCBA; County Law Library; OCU Law |
| Judge Joe Heaton | member, club unidentified | Rotary International |
| Travis Weedn | succeeded Andrews as Fund President; current club board; President-Elect; Deputy GC; endorsed 2022 | Kiwanis; Holloway Inn; Corporation Commission; David Holt |
| Justice Noma Gurich | Fund director 13 yrs; church leadership | Kiwanis Fund; St. Luke's UMC |
| Chrissy McLaughlin / Stacy McDaniel / Kelly Gray | board; dual officer; CEO + club board | Cleats for Kids; Fields & Futures; McLaughlin Family Fdn.; Committee of 100 |
| Tim & Liz McLaughlin | founders; endorsed 2022 | Fields & Futures; McLaughlin Family Fdn.; David Holt |
| Mike & Sharon Voorhees | BoA member / OCWUT trustee; both endorsed 2022 | Board of Adjustment; OCWUT; David Holt |
| Rick Warren (Court Clerk) | endorsed 2022 | David Holt |
| INSURICA | Associate Board seat; its CEO chairs | OMCA; Greater OKC Chamber |