**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ANTHONY TRUPIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2422-R** |
| | ) | |
| **CITY OF OKLAHOMA CITY, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Upon consideration, Plaintiff's Motion for Leave to File Surreply to the Reply in Support of Motion for Sanctions Filed by Defendants Archer Western Construction, City of Oklahoma City, and Oklahoma City Water Utilities Trust [Doc. No. 44] is GRANTED. The Clerk is directed to file the surreply submitted as Exhibit 1 to the Motion.

IT IS SO ORDERED this 12th day of November, 2026.

David L. Russell
**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**